UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JACQUELYN MARES, M.D.,

    Plaintiff,                                 Case No. 3:20-cv-453

vs.

MIAMI VALLEY HOSPITAL, *et al.*,         District Judge Michael J. Newman
                                                      Magistrate Judge Peter B. Silvain

    Defendants.

## ORDER REFERRING THIS CASE FOR MEDIATION ONLY

Pursuant to 28 U.S.C. § 636, this case is hereby referred to Magistrate Judge Sharon L. Ovington for purposes of mediation.

**IT IS SO ORDERED.**

June 17, 2021                                                   s/Michael J. Newman
                                                                                Hon. Michael J. Newman
                                                                                United States District Judge