IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JACQUELYN MARES, M.D.,

    Plaintiff,

vs.

MIAMI VALLEY HOSPITAL, *et al.*,

    Defendants.

Case No. 3:20-cv-453

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

---

### ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS (DOC. NO. 11)

---

The Court, having been advised that the parties in the above-captioned matter are currently engaging in settlement negotiations before Magistrate Judge Ovington, **ORDERS** that Defendants' motion for judgment on the pleadings is hereby **DENIED WITHOUT PREJUDICE**. Defendants may refile their motion if this case is not resolved through mediation.

    **IT IS SO ORDERED**.


September 28, 2021

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge