# Exhibit B

**Wright State University Boonshoft School of Medicine**
**Graduate Medical Education Agreement**

Maris, Jacquelyn Elizabeth Davis    06/16 - 06/19
Name (Last/First/Middle)              Begin/End employment dates

OB/GYN                                WSU
Residency/Fellowship program          Employing institution

This educational agreement outlines the terms and conditions of your appointment to a Wright State University Boonshoft School of Medicine graduate medical education program:

1. The contract with your employing institution will stipulate
   1.1 duration of appointment
   1.2 financial support
   1.3 professional liability insurance, including tail coverage
   1.4 health and disability insurance and other benefits
   1.5 vacation, educational leave, parental leave, and sick leave benefits
   1.6 counseling, medical, psychological, and other support services
   1.7 accommodations for disabilities
   1.8 special provisions, which may include living quarters, meals, and laundry services or their equivalents

2. The *Boonshoft School of Medicine Resident and Fellow Manual* (http://www.med.wright.edu/fca/gme/manual.html), hereafter referred to as the Resident and Fellow Manual, contains the policies that affect the residency/fellowship programs, including
   2.1 resident responsibilities (Item 203)
   2.2 conditions for reappointment (Item 504)
   2.3 grievance procedures for demotion, non-advancement, non-reappointment, suspension, or termination (Items 504, 506)
   2.4 due process (Item 504)
   2.5 leaves of absence, including sick leave and vacation and access to information related to eligibility for specialty board exams (Item 211)
   2.6 effect of leave on satisfying completion of program (Item 211)
   2.7 duty hours (Item 208)
   2.8 outside employment (moonlighting) (Item 210)
   2.9 physician impairment and substance abuse (Item 503)
   2.10 sexual and other forms of harassment (Item 502)

3. You agree to:
   3.1 obtain an Ohio training certificate, and a permanent license if required by your individual program.
   3.2 conform to all policies as set forth in the Resident and Fellow Manual.

4. The pertinent provisions of the Ohio Revised Code are expressly incorporated in this contract, and such employment is also subject to the Boonshoft School of Medicine policies and procedures including the Bylaws and other actions of the Wright State University Board of Trustees currently in effect, or as they may be amended hereafter.

5. The university agrees to provide (a) a suitable medical education environment and (b) a program that meets ACGME requirements or other applicable board. Information related to eligibility for specialty board examinations is available through each specialty college and may be accessed through the American Board of Medical Specialties (www.abms.org).

6. The parties have entered into this agreement in good faith and acknowledge their respective ethical, moral, and legal obligations related to fulfillment, except in the case where the resident/fellow is unable to do so because of incapacitating illness.

7. This agreement will be in effect for the entirety of your residency program. This agreement may be terminated by the university when you have failed to fulfill the terms of this agreement or your contract is terminated by the employing institution.

8. You agree to allow the Boonshoft School of Medicine to use your social security number for internal identification and the reporting of resident training to the Dayton Area Graduate Medical Education Community member institutions.

9. Your faculty appointment will be as Resident or Fellow Instructor.

10. Special provision:

    ❑ Resignation, reassignment, separation, etc. from the duty assignment in the U.S. Air Force voids this contract. Salary will be paid by the U.S. Air Force. Leave will be administered in accordance with U.S. Air Force Regulations.
    ❑ Other:

_____         _____
Designated Institutional Official        Resident/Fellow

_____
Program Director

07 November 2014