ELECTRONICALLY FILED
COURT OF COMMON PLEAS
Tuesday, May 19, 2020 3:39:41 PM
CASE NUMBER: 2019 CV 02921 Docket ID: 34582377
MIKE FOLEY
CLERK OF COURTS MONTGOMERY COUNTY OHIO

# COURT OF COMMON PLEAS
# MONTGOMERY COUNTY

| | | |
|---|---|---|
| **JACQUELYN MARES, M.D.** | : | Case No. 2019 CV 02921 |
| Plaintiff, | : | Judge E. Gerald Parker |
| v. | : | |
| **MIAMI VALLEY HOSPITAL, et al.** | : | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS

Pursuant to Ohio Rule of Civil Procedure 41(A)(1)(a), Plaintiff Jacquelyn Mares, M.D., by and through counsel, hereby gives notice of the voluntary dismissal of her claim against Defendants Miami Valley Hospital, Premier Health Partners, Wright State Physicians, Jerome L. Yaklic, M.D., G. Theodore Talbot, M.D., Teresa W. Zryd, M.D., and Margaret M. Dunn, M.D. This dismissal is without prejudice and is subject to the savings provisions of Section 2305.19 of the Ohio Revised Code.

Respectfully submitted,

/s/Marc D. Mezibov
Marc D. Mezibov (OH No. 0019316)
MEZIBOV BUTLER
615 Elsinore Place, Suite 105
Cincinnati, OH 45202
Phone: 513.621.8800
Fax: 513.621.8833
mmezibov@mezibov.com
sbutler@mezibov.com

*Attorney for Plaintiff Jacquelyn Mares, M.D.*

/s/Sherman Marek
Sherman Marek (OH PHV No. 21328-2019)
MAREK WEISMAN, LLC
55 East Monroe Street, Suite 3800
Chicago, IL 60603
Phone: 312.470.7662
smarek@marekweisman.com

*Attorney for Plaintiff Jacquelyn Mares, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered to all parties through the Court's electronic filing system.

/s/ Marc D. Mezibov
Marc D. Mezibov (OH No. 0019316)