UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JACQUELYN MARES, M.D.,

    Plaintiff,

vs.

MIAMI VALLEY HOSPITAL, *et al*.,

    Defendants.

Case No. 3:20-cv-453

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Doc. No. 25); (2) GRANTING PLAINTIFF'S MOTIONS TO MODIFY THE PRELIMINARY PRETRIAL ORDER (Doc. No. 27) AND FOR LEAVE TO TAKE ADDITIONAL DISCOVERY (Doc. No. 28); AND (3) REFERRING THIS CASE TO JUDGE SILVAIN TO ISSUE A NEW CALENDAR**

---

    This case is before the Court on Defendants Miami Valley Hospital ("MVH") and Premier Health Partners' ("PHP") motion for summary judgment (Doc. No. 25). Plaintiff filed a motion for leave to take discovery (Doc. No. 28) under Fed. R. Civ. P. 56(d) (*i.e.,* to stay a ruling on summary judgment while additional discovery is taken) and a related motion to modify the preliminary pretrial conference order (Doc. No. 27) (*i.e.,* to allow more time for discovery).

    After reviewing Plaintiff's affidavit and the entire record, and for good cause shown, Plaintiff's motions -- for leave to take discovery, and to modify the preliminary pretrial order -- are both **GRANTED**. MVH and PHP's motion for summary judgment is **DENIED WITHOUT PREJUDICE** at this time. This matter remains **REFERRED** to Judge Silvain for discovery, and the parties are directed to contact his chambers to set new deadlines for discovery completion and the filing of dispositive motions.

    **IT IS SO ORDERED.**

2

  January 10, 2022                                                  s/Michael J. Newman
                                                                                  Hon. Michael J. Newman
                                                                                  United States District Judge