# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| **JACQUELYN MARES, M.D.,** | ) |
|  | ) Civil Action No. 3:20-cv-00453 |
| **Plaintiff,** | ) |
|  | ) Judge Michael J. Newman |
| v. | ) Magistrate Judge Peter B. Silvain, Jr. |
|  | ) |
| **MIAMI VALLEY HOSPITAL, et al.** | ) |
|  | ) |
| **Defendants.** | ) |

## MOTION FOR INFORMAL DISCOVERY CONFERENCE

Now come the Defendants, by and through counsel, and hereby move this Court pursuant to Local Rule 37.1 for an informal discovery conference with the Court. The grounds for this Motion are detailed in the attached Memorandum.

Respectfully submitted,

*/s/ Karen T. Dunlevey*
Karen T. Dunlevey (0067056)
Jackson Lewis P.C.
PNC Center, 26th Floor
201 E. Fifth Street
Cincinnati, Ohio 45202
Telephone: (937) 949-3846
Facsimile: (513) 898-0051
Karen.dunlevey@jacksonlewis.com
Attorney for Defendants Miami Valley Hospital and
Premier Health Partners

DAVE YOST (0056290)
Attorney General of Ohio

*/s/ Drew C. Piersall (via email auth.)*
Drew C. Piersall (0078085)
Scott H. DeHart (0095463)
Zashin & Rich Co., LPA
17 South High Street, Suite 900
Columbus, Ohio 43215

Phone: 614-224-4411
Facsimile: 614-224-4433
dcp@zrlaw.com
shd@zrlaw.com
Attorneys for Defendants Wright State University d.b.a. Boonshoft School of Medicine, Jerome Yaklic, M.D., G. Theodore Talbot, M.D. and Albert F. Painter, Psy.D

## **MEMORANDUM**

A status conference was held with the Court on July 17, 2022. During the conference, the parties requested the Court's assistance relative to a few unresolved discovery disputes. The Court requested a motion asking it to schedule a brief informal discovery conference. Counsel for all parties indicated that they are available the afternoon of Thursday, July 21, 2022, which appeared to also be available to the Court at that time. The discovery cut-off in this matter is July 22, 2022 and if these discovery issues are not resolved prior to that time, a continuance of that deadline may be needed. The Defendants do not anticipate that these discovery issues will impact the dispositive motion deadline. Attached as Exhibit A is an email chain between all counsel, which identifies the discovery issues to be addressed and the parties' respective positions concerning same.

The Defendants respectfully request that the Court set this matter for a brief telephonic informal discovery conference.

Respectfully submitted,

/s/ Karen T. Dunlevey
Karen T. Dunlevey (0067056)
Jackson Lewis P.C.
PNC Center, 26th Floor
201 E. Fifth Street
Cincinnati, Ohio 45202
Telephone: (937) 949-3846
Facsimile: (513) 898-0051
Karen.dunlevey@jacksonlewis.com
Attorney for Defendants Miami Valley Hospital and Premier Health Partners

DAVE YOST (0056290)
Attorney General of Ohio

/s/ Drew C. Piersall (via email auth.)
Drew C. Piersall (0078085)
Scott H. DeHart (0095463)
Zashin & Rich Co., LPA
17 South High Street, Suite 900
Columbus, Ohio 43215
Phone: 614-224-4411
Facsimile: 614-224-4433
dcp@zrlaw.com
shd@zrlaw.com
Attorneys for Defendants Wright State University d.b.a. Boonshoft School of Medicine, Jerome Yaklic, M.D., G. Theodore Talbot, M.D. and Albert F. Painter, Psy.D

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Motion was electronically filed and served upon all counsel of record through the Court's Case Management and Electronic Case Filing (CM/ECF) system on July 19, 2022.

*/s/ Karen T. Dunlevey*
Karen T. Dunlevey

4865-5436-4970, v. 1