1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


JACQUELYN MARES, M.D.,            :

    Plaintiff,                    :  Case No.: 3:20-cv-00453

       -v-                       :  Judge Newman

MIAMI VALLEY HOSPITAL, et al.,:

    Defendants.                   :


             * * * * * * * * * *


      The deposition of **SUSAN EDWARDS, Ph.D.,** taken via
videoconference, before Debra A. Sprague, Certified Court
Reporter and Notary Public in and for the State of Ohio, on
the 20th day of July, 2022, beginning at the hour of 2:05
p.m., and ending at the hour of 3:16 p.m.


             DEBRA A. SPRAGUE, CVR-M
             Certified Court Reporter
               8839 Nabida Drive
             Cincinnati, Ohio 45247
            dspraguecvr@yahoo.com
               513-708-6607

2

```
 1                        APPEARANCES

 2    FOR THE PLAINTIFF:
                         MARC D. MEZIBOV, ESQUIRE
 3                       Mezibov Butler
                         615 Elsinore Place
 4                       Suite 105
                         Cincinnati, Ohio 45202
 5                       Phone: (513) 621-8800
                         mmezibov@mezibov.com
 6
                         RACHEL C. RUTTER, ESQUIRE
 7                       Marek Weisman, LLC
                         55 East Monroe Street
 8                       Suite 3800
                         Chicago, Illinois 60603
 9                       Phone: (312) 470-7662
                         rrutter@marekweisman.com
10
      FOR THE DEFENDANTS,
11    WRIGHT STATE,        DREW C. PIERSALL, ESQUIRE
      J. YAKLIC,           Zashin & Rich Co., LPA
12    B. TALBOT,           17 South High Street
      A. PAINTER           Suite 900
13                         Columbus, Ohio 43215
                           Phone:  (614) 224-4411
14                         dcp@zrlaw.com

15                         SEAN CULLEY, ESQUIRE
                           General Counsel
16                         MICHAEL A. MANZLER, ESQUIRE
                           Assistant General Counsel
17                         Wright State University
                           sean.culley@wright.edu
18                         michael.manzler@wright.edu

19    FOR THE DEFENDANTS,
      MIAMI VALLEY,         KAREN T. DUNLEVEY, ESQUIRE
20    PREMIER HEALTH        Jackson Lewis P.C.
                            8534 Yankee Street
21                          Suite E
                            Dayton, Ohio 45458
22                          Phone:  (937)813-7895
                            karen.dunlevey@jacksonlewis.com
23
      ALSO PRESENT:
24                          THOMAS NGUYEN, RISK MANAGER
                            Premier Health Partners
25                          ALBERT F. PAINTER, M.D.
```

1

2                                STIPULATIONS

3          The deposition of **SUSAN EDWARDS, Ph.D.,** a witness
   herein, is taken at this time pursuant to the Federal Rules
4  of Civil Procedure and notice; that the deposition may be
   taken via Stenomask by the Notary Public/Court Reporter, and
5  transcribed out of the presence of witness; that the
   transcript was made available to counsel, for the witness
6  for reading and signature.

7

8                          *  *  *  *  *  *  *  *  *  *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1                      INDEX TO EXHIBITS:

2

3    16    (Memo re Due Process J. Mares 11/14/18)     26

4    17    (Letter to J. Mares 12/3/18)               29

5    18    (Letter to J. Mares 1/9/19)                35

6    28    (Letters to S. Edwards - 14 pages)         35

7    29    (Letter to Dr. Edwards from J. Mares)      11

8    30    (Letters To Whom It May Concern - 15 pages) 36

9    BBBB  (Patient Safety Report WPMC 4 May)         37

10                     * * * * * * * * *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

1          COURT REPORTER:  Good afternoon.  My name's Debbie

2     Sprague; I'm the court reporter.  Since we have had

3     other depositions in this matter, I'm going to assume

4     there is no objection to the remote method and the

5     remote swearing in of the witness; if there is, just

6     please so state.

7          MR. MEZIBOV:  Nope, not from me.

8          MR. PIERSALL:  No objection.

9          COURT REPORTER:  Thank you.  And for the witness'

10    behalf, again, if you could just make sure to speak up,

11    maybe speak a little bit slower than you might

12    normally, towards the microphone.  We want to make sure

13    we have a complete and clean record.

14          If you could pause slightly after the question in

15    case counsel needs to object would be appreciated as

16    well as if during an answer if you hear someone start

17    to speak over you, if you could pause as well as the

18    other individual, so that we only have one person

19    speaking at a time.  Again, it's so that we get as

20    clean and complete a record as possible.

21          And at this time, if I can please have the witness

22    state and spell her name for me, please.

23          THE WITNESS:  Susan Edwards, S-u-s-a-n capital

24    E-d-w-a-r-d-s.

25          COURT REPORTER:  Thank you.  Obviously I see

6

1       you're seeing in the room with your counsel and some

2       other parties, whom I'll get their names at a break or

3       following.

4            And in what city and state are you currently?

5            THE WITNESS:  Dayton, Ohio.

6            COURT REPORTER:  Thank you.  I just want to

7       confirm you are aware this is your deposition being

8       taken remotely.  Even though we are not sitting in the

9       same room when I swear you in, it will have the same

10      force and effect as if we were or you were in a court

11      of law and you must tell the truth under the penalties

12      of perjury.  Do you understand and agree to that?

13           THE WITNESS:  Yes, ma'am.

14           COURT REPORTER:  Thank you.  Will you raise your

15      right hand for me, please?

16           THE WITNESS:  (Complies)

17           COURT REPORTER:  Do you solemnly swear or affirm

18      the testimony you're about to give will be the truth,

19      the whole truth, and nothing but the truth?

20           THE WITNESS:  Absolutely.

21           COURT REPORTER:  Thank you.

22           You may begin, Mr. Mezibov.

23           MR. MEZIBOV:  Thank you, Debbie.

24      **SUSAN EDWARDS, Ph.D.,** called as a witness, being first duly

25      sworn, was examined, and testified as follows:

7

1        MR. MEZIBOV:  Good afternoon, Dr. Edwards.

2        THE WITNESS:  Good afternoon.

3        MR. MEZIBOV:  My name is Marc Mezibov.  I

4    represent Dr. Mares.  I'm going to be asking you some

5    questions this afternoon.

6        Have you been through this process before?

7        THE WITNESS:  No, this is my first deposition.

8        MR. MEZIBOV:  Well, I'm sure you'll enjoy it.  It

9    won't as long -- won't take as long as you may like,

10   but I'll try to extend it as long as I can.

11       Debbie gave you a good introduction as to what

12   we're trying to accomplish here.  I'm asking you

13   questions which are intended to be purposeful.  So I --

14   I do want to hear your answer and I want your answer to

15   be full of factual goodies.  So I want you to

16   understand my question; and, if you don't, please

17   indicate that and we'll work until you're -- you're

18   comfortable.  Okay?

19       THE WITNESS:  Thank you.

20       MR. MEZIBOV:  And once again, as Debbie reminded

21   us, please let me finish my question before you begin

22   your answer.  I'll want an answer -- hear your answer

23   before I begin the next question.  Okay?

24       THE WITNESS:  Absolutely.

25       MR. MEZIBOV:  And finally, even though you're on

8

```
 1          TV and I can see you and you could nod yes or no, that

 2          won't cut it for our purposes.  You have to say yes,

 3          no, something audible.  Okay?

 4               THE WITNESS:  Okay.

 5    BY MR. MEZIBOV:

 6          Q    All right.  Are you employed at the present

 7    time?

 8          A    Yes.

 9          Q    Where are you employed?

10          A    Wright State University.

11          Q    And what is your position at Wright State

12    University?

13          A    President.

14          Q    President?

15          A    Yes.

16          Q    And how long have you been president of

17    Wright State University?

18          A    For two and a half years.

19          Q    So that would be approximately when?

20          A    December -- January 1st, 2020.

21          Q    All right.  Now, that's -- I know you're

22    employed as president.

23               What is your profession?

24          A    I am a physiologist.

25          Q    Did you say physiologist?
```

9

1        A    Yes.

2        Q    You're not an M.D.; is that correct?

3        A    No, I taught the M.D.s.

4        Q    You taught M.D.s?

5        A    Yes.

6        Q    What have you taught M.D.s?

7        A    Human physiology because it's critical to

8   actually what they do.

9        Q    Have you ever performed any functions or --

10  Well, let me see.

11       Have you ever performed any functions as an OB/GYN

12  specialist of some sort?

13       A    No.  I am a basic scientist.

14       Q    All right.  So I take it you've never

15  delivered a baby?

16       A    No.

17       Q    You've never worked in an OB/GYN department?

18       A    No.

19       Q    Do you have any relationship to the WKU (sic)

20  Premier OB/GYN residency program?

21       A    No.

22       Q    No, you do not?

23       A    No, I do -- I am not associated with that

24  program.

25       Q    Have you ever performed any functions which

1    affected residents in the OB/GYN program?

2           A    Can you specifically state what that question

3    means, please?

4           Q    Well, I note in this -- in this case, it's my

5    understanding that you weighed in on the dismissal

6    recommendation concerning my client; is that correct?

7           A    It is.  It is, from our capacity.  And it was

8    not directly -- yes, it impacted the program, but it was an

9    individual decision made upon a resident that was under our

10   graduate medical program.  Is that what you're asking about?

11          Q    Yeah.  I apologize.  I'm having a little

12   difficulty understanding.  I don't know whether it's just

13   the sound system.

14          A    I thought you were asking me if I personally

15   have been a member of that program.

16          Q    Well, let me ask you that.  Have you been a

17   member of that program?

18          A    I am not a member of that program, no, and

19   have not been a member of that program.

20          As an institution, we participate in that program.

21   But I personally have not been involved as a member of that

22   program.

23          Q    Is it correct that with respect to Dr. Mares,

24   you provided a decision on January 9th, 2019, that she be

25   dismissed from the program?

11

1          A    Yes.

2          Q    And how did that come about?

3          A    So as per due process, the student had

4    undergone a series of reviews in terms of a conduct issue

5    at -- and I was the final deciding factor based on all the

6    evidence that came to me.

7          Q    Okay.  I'm going to ask you before we --

8          Well, before we get to that, let me ask you to

9    look at Exhibit 29, please.

10         A    Yes.  Yes.

11         Q    Okay.  Have you seen 29 before?

12         A    Yes, it was in the packet that Dr. Mares

13   provided me in her appeal.

14         Q    And what was --

15         What other items were contained in that packet

16   that you were provided?

17         A    Gosh.  If I had it right in front of me, I

18   could tell you all the items that she -- she provided me.

19         But I will also tell you that it wasn't just hers.

20   It was information that was provided to me from the CCC, the

21   Competency Committee decisions, the -- the full transcript

22   of the panel hearing that she went through --

23         Q    Can we --

24         A    The --

25         Q    Can we -- Can we go through those as best you

12

1    can, slowly, one-by-one, so I can take those down.

2              A    I mean pretty much everything that you got

3    came from actually my file, so that...

4              Q    Well, let -- let's back up a minute.

5              The reason -- why -- Why were you sent this packet

6    of information?

7              A    Because I had received a recommendation based

8    upon the information that they had received from Dr. Zryd

9    and Dr. Dunn.

10             Q    And was this process, which resulted in you

11   receiving this packet of information, was that part of the

12   due process --

13             A    It is --

14             Q    -- given --

15             A    -- part of the -- It is part of the due

16   process, yes.  The student had the right to appeal the

17   decision.

18             Q    And this is part of the appeal process; is --

19             A    Yes.

20             Q    -- that correct?

21             A    Yes.

22             Q    So you were -- you received items -- we'll

23   get to that -- not only from Dr. Mares, you also received

24   items from the program?

25             A    Yes.

13

```
1              Q    All right.  Now, can we go through those

2     items as best you can recall what they were?

3              MR. PIERSALL:  Do you want her to do it off

4        memory, Marc?

5              MR. MEZIBOV:  Well, if she has the actual items,

6        that's fine with me.

7              THE WITNESS:  So you have --

8     BY MR. MEZIBOV:

9              Q    I mean, if you have a list of them that...

10             What -- What are you looking at?

11             A    Dr. Mares' appeal.

12             Q    Okay.

13             A    And I'm happy to go through each one of

14    these.

15             Q    Just tell me what -- Yeah, just tell me what

16    the items were, sure.

17             A    So I have a letter from her stating that she

18    is formally appealing the decision to terminate her form the

19    obstetrics and gynecology residency program.

20             Q    All right.  Just a second.  Give me a second.

21             Is that -- Is that what I called item 24 a minute

22    ago?

23             A    No, that's -- that is the next thing is the

24    written appeal is what you said was item 24.

25             MR. PIERSALL:  29.
```

14

1    BY MR. MEZIBOV:

2         Q    Okay.

3         A    Correct, 29 is -- is --

4         Q    29.

5         A    -- the written appeal, which is multiple

6    pages long in which she states the process that she has

7    undergone and why she was given the decision.

8         Q    Right.

9         A    She also provides patient safety report which

10   was part of her packet, which was a patient safety report at

11   Wright-Patterson Medical Center on the 4th of May.

12        She also supplies to me faculty letters received

13   from a number of individuals.  And then she provides some --

14   some letters from her fellow residents.

15        Q    Okay.  And that's the complete packet from

16   Dr. Mares?

17        A    Yes.

18        Q    Now, you said you received items from the

19   program.

20        A    So I received a letter dated May 18th, 2017,

21   that is Boonshoft School of Medicine, a letter of warning

22   and concern to Dr. Mares.

23        So I also have where she -- they put her on a

24   leave of absence, okay.

25        Q    Okay.

15

1      A    And then she was placed on probation.  So

2  there's a notification about probation.

3           Then I received a Critical Competency Committee

4  outcome and their decision, the vote, which was to remove

5  her from the program.

6      Q    To -- to allow --

7      A    Sorry.  Not to remove her from the program.

8  Their -- The recommendation that came from that committee

9  was here, despite formal probation and repeated feedback,

10 you have -- so basically they said they have five days to

11 appeal their decision, which was to place her on

12 administrative leave immediately.  And --

13     Q    Who -- who signed -- Who signed that letter?

14     A    Theodore Talbot.

15     Q    Okay.  By the way, did you ever speak with

16 Dr. Talbot about any of this?

17     A    No.

18     Q    Okay.

19     A    No, I didn't.  I basically get all of the

20 chain of evidence to make the decision.  I do not

21 communicate with anybody else.

22     Q    What other items did you receive?

23     A    I received notification -- sorry.  I received

24 the transcript from an appeal committee that she went

25 through, which was -- I don't have that printed out 'cause

16

1    it's like 100-and-something pages.

2         Q    I -- I understand.

3         A    So that.  And there was a three-member appeal

4    committee.  They then made recommendations to Drs. Zryd and

5    Dunn, is my understanding.

6         So the recommendations that they made were listed

7    in a letter that was -- was also supplied to me, dated

8    November 14th, 2018.

9         Q    Did you read those recommendations?

10        A    Would you like me to read them to you?

11        Q    No.  Did you read them at the time they were

12   sent to you?

13        A    Absolutely.

14        Q    Okay.  Did you discuss them with anybody?

15        A    No.  Again, it is not my purview to discuss

16   the materials.  It's to look at evidence and make sure that

17   the process has been followed.

18        Q    So you just look at process; is that correct?

19        A    Process and actually examine all of the

20   evidence, because this is a major decision for a student or

21   for a resident in this instance.  And I want to make sure

22   that they have, one, been fairly represented and process had

23   been followed and the outcome of that process is appropriate

24   based upon the information that is being supplied.

25        Q    Is there any other -- any other information

17

1    you received?

2           A    Sure.  So the other thing that I -- Well,

3    that was the letter actually which initiated the -- the

4    decision, as I understand that.  So it had gone through the

5    CCC.  It had gone through the -- the panel, the hearing,

6    separate hearing panel.  And the decision was made by Drs.

7    Zryd and Dunn that it was a terminable situation.  That made

8    -- triggered the appeal.

9           Q    Is there anything else you looked at?

10          A    Okay.  Sorry.  No, I think the -- the last

11    thing in there is my -- my decision.

12          Q    How much time did you spend reviewing the

13    material that you received?

14          A    I would say that I took quite a lengthy

15    period of time because I read every piece of information

16    that came in, and I re-read it.  And it took over a week for

17    me to make the decision, 'cause I did not make it lightly.

18          Q    Is there any other information that you

19    considered in making your decision, other than what you've

20    told us?

21          A    Just the evidence that they presented to me.

22          Q    Anything other than what's in that packet?

23          A    No.  I have the transcript, the entire

24    transcript of the panel, absolutely.

25          Q    All right.  And did you speak with Dr. Dunn?

18

```
 1              A    No.  In fact, Dr. Dunn knows that this is a
 2   part of the process and I was just informed that there was a
 3   instance of a student receiving discipline action that was
 4   going to be sent to me for appeal.  And I -- No names were
 5   ever named.
 6              Q    Okay.  And did you ever speak with Dr. Zryd?
 7              A    No.  I think I've only had four -- three
 8   conversations with Dr. Zryd and they've all been related to
 9   other issues.
10              Q    Anybody in the program --
11              You've told us you did not speak with Dr. Talbot
12   ever?
13              A    I -- I wouldn't even -- If Dr. Talbot was in
14   this room, I would not recognize him.  I do not know him.
15              Q    Okay.  Fine.  Dr. Painter?
16              A    Dr. Painter, I do know.  But, no, I never
17   spoke to Dr. Painter about this issue.
18              Q    You've never talked with Dr. Painter about
19   this issue?
20              A    No.
21              Q    Dr. Yaklic?
22              A    No.
23              Q    Or anybody else associated with the program?
24              A    No.
25              Q    So everything you know about Dr. Mares and
```

19

1    her dismissal is what you learned from the materials that

2    were sent to you?

3         A    Yes.

4         Q    And this --

5         Is this the first time you've been in this

6    position to weigh in on a dismissal recommendation from the

7    program?

8         A    It is not the first time that I've weighed in

9    to a dismissal of an individual from employment or like

10   school.  It is the first time I've weighed in on a decision

11   for somebody to be removed from a residency program.  It

12   doesn't happen very often, thankfully.

13        Q    Right.  And did you ever speak with any of

14   the panel members, the hearing panel members that made the

15   recommendations?

16        A    No.

17        Q    Do you know why those recommendations could

18   not have been executed successfully?

19        A    Yes.

20        Q    Why?

21        A    The first one in particular, Dr. Mares will

22   remain on probation until her graduation from the program.

23        Q    Okay.

24        A    Technically, that is unsound.  It's about

25   competency.  And you cannot have somebody on -- I could not

20

```
1    grant a degree, in this case it's not a degree, to somebody
2    who's not proved to be competent and needs to be on
3    probation.
4              Q    Did you ever discuss that matter or
5    communicate your concerns about that to any of the
6    panelists?
7              A    No, because it was logical.
8              Q    Because it was logical?  So you're saying the
9    panelists were illogical?
10             A    I'm saying that that was an illogical step,
11   yes, in my mind.
12             Q    But again you never shared that with anybody?
13             A    No.  Again, the process is that I'm to make a
14   decision based upon all the information.
15             Q    What is the --
16             A    This is about --
17             Q    What is the purpose for the due process
18   hearing, as you understood it?
19             A    It's basically to read all the -- all the
20   evidence and information that has been supplied and also
21   supplied to Dr. Mares and to make the assessment with her
22   side of the case as well.  So looking at a, you know, fair,
23   impartial situation.
24             Q    Well, what -- what's the purpose of having
25   the hearing panelists?
```

21

1          A     That's not my purview.

2          Q     So you don't know what the purpose is?

3          A     I would assume it's to do the same thing.

4          Q     All right.  Well, what's the --

5          Do you know why the panelists were assigned those

6     -- their responsibility and that their -- their

7     recommendations are rejected?  Does that make sense to you?

8          MR. PIERSALL:  Objection.  You can answer to the

9          extent you have an opinion.

10          THE WITNESS:  Okay.  I cannot make any statement

11          on that because I was not part of that decision-making

12          process as to who was on the panel and who was not on

13          the panel.

14     BY MR. MEZIBOV:

15          Q     Well, then you don't know whether the -- the

16     process is valid or not if you don't know anything about the

17     panelists or what their --

18          A     I --

19          Q     -- role is; is that right?

20          MR. PIERSALL:  Objection.  You can answer.

21          THE WITNESS:  As I would understand, they're

22          actually following a set of guidelines that are

23          outlined in the resident's right to appeal.

24     BY MR. MEZIBOV:

25          Q     Right.  But you understand that having the

22

1    panelists participate in this process is part of the

2    process, is part of the due process?

3         A    Yes.  But I don't get to say who's on that

4    panel.

5         Q    Understood.  You don't get to say -- Well, it

6    doesn't matter.

7         Is there a reason why you did not express the

8    reasons why you affirmed the dismissal and rejected --

9         A    I think I --

10        Q    -- and rejected the panelists'?

11        A    I think I did.  I think I said that based

12   upon the evidence being presented to me, I stand with the

13   decision made by the dean of the Medical School and the head

14   of the medical program at Premier Health.

15        Q    Are there things that Dr. Mares said to you

16   in her letter with which you disagreed or were unwilling to

17   accept?

18        A    No.  I think what she said to me in her

19   letter, she admits that she had some -- some issues; she

20   admitted that.

21        Q    Okay.  Assuming that she admitted that, does

22   that mean she's -- she must be dismissed?

23        MR. PIERSALL:  Objection.  You can answer.

24        THE WITNESS:  So this is not one instance.  This

25      is based upon multiple instances of actions that Dr.

1         Mares had been involved in. And she had been informed

2         and given feedback along the way and corrective action

3         was not taken.

4            My job is to ensure that anyone associated with

5         Boonshoft School of Medicine is both competent, which

6         clearly that's not the case here, but also professional

7         and ethical.

8 BY MR. MEZIBOV:

9           Q   Do you know what the panelists' mission was

10 when they were selected to serve on that panel and make

11 recommendations?

12           A   That is not for me to answer. I was not

13 actually part of that panel. And again, that panel was

14 appointed by others, not myself.

15           Q   But my --

16           A   I was to --

17           Q   -- quest is -- I understand. But do you --

18 do you know what --

19           MR. PIERSALL: Marc, let her finish. Go ahead.

20 BY MR. MEZIBOV:

21           Q   I'm not meaning -- Please. I'm not meaning

22 to cut you off, Dr. Edwards.

23           A   I would assume that their job is to review

24 the materials and they had witnesses that they -- that

25 questioned, and they were then to determine what their

24

1    recommendation, again, would be.  Again, it's a

2    recommendation.

3                Q    I understand.  Do you know that their

4    responsibility was to determine whether there was sufficient

5    evidence to support the recommendation of dismissal and that

6    they found that there was not substantial evidence to

7    recommend dismissal?  Do you know that?

8                A    In the sense that I would assume what they

9    had to do is assess all the material and interview the

10   witnesses.

11               I cannot make an assumption as to what they had

12   predetermined or post-determined.

13               Q    Well, assume what I'm telling you is true,

14   that their burden is to -- not their burden -- their

15   responsibility is to determine whether there is substantial

16   evidence to support -- to support the recommendation of

17   dismissal and that when they made their recommendations,

18   they found that there was not substantial evidence to

19   support that recommendation.

20               Knowing that, does that change your -- your view

21   of their opinion --

22               A    No.

23               Q    -- and its significance?

24               A    No, because the previous committee, which

25   involved multiple individuals, not just three individuals,

25

1    actually came up with the recommendation that the

2    individual, you know, goes down this path.

3           So I have six, I think it was six to three or six

4    to two, I can't remember off the top of my head, but --

5           Q    That was the CCC, six to two.

6           A    CCC, yes.  So I do not know these individuals

7    or their biases when they actually took part in the -- the

8    process.  I can only, again, assess the evidence.

9           Q    So was the panel's recommendation, the

10   hearing panel's recommendation have anything to do with the

11   due process that Dr. Mares received?

12          A    She did receive due process.  The panel was

13   part of the due process.

14          Q    Well, explain to me, if the panel is part of

15   the due process and nobody accepts their recommendation that

16   there was not substantial evidence to support the dismissal

17   recommendation, how has Dr. Mares received any due process

18   from the -- the panel's participation in this process?

19          A    So --

20          MR. PIERSALL:  Objection as to form.  You can

21       answer, if you understand it.

22          THE WITNESS:  All I can say is, the panel came up

23       with a series of recommendations that were not workable

24       in terms of making sure that this was individual was

25       competent and ethically capable of conducting the work.

26

1          That's all I can say.

2               MR. PIERSALL:  Hey, Marc.  Can we go off for one

3          minute, 'cause it's about 85 degrees in this room?

4               MR. MEZIBOV:  I was going to let you boil --

5               MR. PIERSALL:  Let us cook.

6               MR. MEZIBOV:  -- 'til it hit 90 at least.  Go

7          ahead.

8               MR. PIERSALL:  Give us -- We're going to go away

9          and fix this and come right back, okay?

10              MR. MEZIBOV:  Okay.

11              COURT REPORTER:  You're off the record.

12                   (OFF THE RECORD - 2:32 to 2:39)

13              COURT REPORTER:  You're back on the record.

14              MR. MEZIBOV:  Thank you.

15     BY MR. MEZIBOV:

16              Q    Dr. Edwards, let's look again at Exhibit 16.

17     Well, I don't know if it's again, but could you look at 16?

18              A    Yes, sir.

19              Q    All right.  That's the letter that --

20              A    That was sent in the --

21              Q    -- contains -- that contains the

22     recommendations from the hearing --

23              A    Yes.

24              Q    -- panel, correct?

25              A    Yes.

27

1        Q     And I asked you which, if any, of the

2   recommendations could not be followed as far as you were

3   concerned.  And you pointed out number one, that Dr. Mares

4   will remain on probation until her graduation from the

5   program; is that correct?

6        A     Yes.  Yes.

7        Q     And you said that's, what, infeasible for

8   some reason?

9        A     Yes.

10       Q     And if they had recommended that Dr. Mares

11  remain on probation until no earlier than or no later than

12  six months from her graduation, would that have been

13  acceptable to you?

14       MR. PIERSALL:  Objection.  You can answer; don't

15     speculate.

16       THE WITNESS:  That's -- That would be speculation,

17     and I -- I would have to look at them in context.

18  BY MR. MEZIBOV:

19       Q     You'd have to look at what, the context?

20       A     Yeah.  So I -- I can't speculate because it's

21  not what they wrote.

22       Q     What about the second recommendation?

23       A     As what I could do -- ascertain -- I'm sorry.

24  Excuse me. -- she had already been assigned a mentor and

25  they were meeting and instances were still occurring.

28

1        Q    Do you know who her mentors were?

2        A    Off the top of my head, I could not recall

3    their names.

4        Q    Whoever he or she was, you never spoke to

5    that person, correct?

6        A    No.

7        Q    What about the third recommendation?

8        A    Well, I can only say that it appeared from

9    where we're at, that she was not following academic and

10   professional standards contained in the policies and

11   procedures.

12       Q    What -- What about number four?

13       A    Again, she had been meeting with a mentor.

14   She was receiving feedback.  Her behavior had not been

15   corrected.

16       Q    So is there any recommendation, other than

17   the first one you gave us the reasons, that just on the

18   surface is unworkable?

19       A    I think clearly, you know, it's -- they're --

20   they're really not that workable --

21       Q    Okay.

22       A    -- in a professional context.

23       Q    They're not workable because why?

24       A    In a professional context.

25       Q    In a professional context, is that --

29

1          A    Yes.

2          Q    -- what you said?

3          A    Yes.

4          Q    Did you read, and I take it you did, the

5    letter dated December 3rd, 2018, from Dr. Dunn and Dr. Zryd?

6          A    Yes.

7          Q    And in that letter, the second paragraph.

8          MR. PIERSALL:  Which exhibit is it, Marc?

9          MR. MEZIBOV:  17.  I'm sorry.

10         MR. PIERSALL:  Got it.

11   BY MR. MEZIBOV:

12         Q    All right.  In the second paragraph, Drs.

13   Dunn and Zryd said, These additional documented incidents

14   occurred subsequent to you having been placed on probation

15   in March 2018, for deficiencies in professionalism and

16   interpersonal communications.  They go on to say, Moreover,

17   concerns have been raised regarding your deficiencies in

18   critical communications obligations.

19         Did you accept that statement as true?

20         A    In -- In my decision making?

21         Q    Yes.

22         A    No.  I actually went through all the

23   documentation that came in, and professionalism and

24   interpersonal communication were key.

25         I will say, I did receive a copy of the

30

1    communications issue as part of the evidence and I --

2            Q     You did?  Did or did not?  I'm sorry.  I

3    couldn't hear.

4            A     Did.  I did.

5            Q     You did?

6            A     Yes.

7            Q     What were those --

8            A     Yes.

9            Q     What was that evidence?

10           A     It was an -- It was a communication that was

11   sent to her from her, I guess attending.  I -- I can't

12   remember.  And it was highlighting something that she had

13   done in terms of reporting or not reporting.  I would -- I

14   assumed that that's associated with critical communication,

15   whether or not you're communicating well with your attending

16   to actually report, you know, what -- what's happening on a

17   particular case.

18           I can't tell you off the top of my head.  I do not

19   have it in front of me right now.  But it was from

20   Wright-Patterson Air Force Base.

21           Q     Wasn't that from Dr. Lo?

22           A     I cannot tell you off the top of my head.

23           Q     Look Again at Exhibit 29, on the fourth page,

24   I believe -- final page.

25           A     Yes.

31

1          Q    It says, As for the patient safety report...

2    Is that what you're referring to?

3          A    No, this -- that's actually -- that is

4    actually Dr. Mares' document.  I'm talk --

5          Q    Yes.  But she -- She's referring to a patient

6    safety report, which --

7          A    She's --

8          Q    -- she's enclo --

9          A    She --

10         Q    Let me finish my question.

11         She has included in this letter a patient safety

12   report.  She says, I have enclosed a copy for your perusal.

13   You will see that nothing was entered incorrectly.

14         Is that -- Is that what you're referring to?

15         A    No.  I'm referring to a communication that

16   was sent to her that was pointed out that she was like --

17   it's somewhere in this pile.

18         It was a patient safety report at Wright-Patterson

19   Medical Center on the 4th of May.  And yes, it was from

20   Nancy Lo --

21         Q    Right.  And do you know --

22         A    -- the morning --

23         Q    -- that Dr. Lo told her that she had met

24   standards, that she wasn't being disciplined for that?

25         A    It says recommendation, that -- that the OB

1    resident needs to stop in the nursing station and ask for

2    the patient and communicate in capital letters, with the

3    nurse caring for the patient.

4          So that is the -- the instance of the critical

5    communication.

6          Q    Well, but did you understand that she had met

7    standards, that she was -- was not being disciplined for

8    that?

9          A    I -- I cannot tell you in terms of this

10   particular email because I don't know.  I mean, it's very

11   clear when you -- when you're a supervisor, you know, type

12   in capital letters, that's a clear unhappiness with your

13   communication.

14         Q    Doesn't she say standards have been met?

15         A    No.  It says that the reason for this is

16   because there's a lack of communication between the OB

17   resident and the nurses take -- caring for the patient.

18         Q    And in that letter does she say your

19   standards have been met?

20         A    I cannot see that, that wording.

21         MR. MEZIBOV:  All right.  Well, I'll have to take

22      a break then so I can get that.  Can we -- Give me five

23      minutes, okay?

24         MR. PIERSALL:  Sure.

25         COURT REPORTER:  You're off the record.

33

1          (BREAK - 2:48 to 2:59)

2          COURT REPORTER:  You're back on the record.

3    BY MR. MEZIBOV:

4          Q    I apologize for the delay.

5          But Dr. Edwards, do you still have that letter

6    from Dr. Lo?

7          A    Yes, I have it.  Yes, I do.

8          Q    All right.  Just I'm asking you -- I don't

9    have it all collated, that's why was having a problem out

10   there.

11         But on that record there should be a email May

12   10th, 2018, 8:04 a.m., from --

13         A    Yes.

14         Q    -- Dr. Lo.

15         A    Yes.

16         Q    It says, Dr. Mares, thank you for your

17   documentation of this incident.  I agree that the standard

18   of care was met.  I appreciate that you understand the

19   differences in systems-based management at our facility and

20   at Miami Valley Hospital.  I will be submitting my own

21   recommendation as per -- recommendation to our safety

22   coordinator and will incorporate your findings.  Patient

23   safety reports are not meant to identify system -- are meant

24   to identify system-based problems and correct errors. They

25   are not meant to be punitive.  Your resignation is not

34

1    necessary.

2            All right.  Did you -- Did you ever read that?

3            A    Yes.

4            Q    All right.  Do you know whether Dr. Mares had

5    an opportunity during the course of her hearing to address

6    that issue or the issue with any patient safety report?

7            A    It is my understanding based upon the email I

8    had, that she did attempt to -- to do that.

9            Q    At the -- At the time of the hearing?

10           A    No, I -- it was to her supervisors, as I

11   know.

12           Q    Okay.  Is that based on what you read in the

13   December 3rd letter from Dr. Dunn and Dr. Zryd?

14           A    No.  It's based upon the emails I received

15   that -- from Jackie herself based upon communications in May

16   of 2018.

17           Q    Did you receive those directly?

18           A    Yes, from --

19           Q    From whom?

20           A    -- Jackie Mares.

21           Q    In her letter to you?

22           A    Yes, it was her -- part of her evidence

23   packet.

24           Q    All right.  And notwithstanding that, you

25   held that against her, the fact that there was no -- no

35

1    violation of safety standards?

2              A    What -- what was actually -- sorry.

3              MR. PIERSALL:  I was going to object.  Go ahead

4        and answer.

5              THE WITNESS:  I think what was said was the

6        standard of care was met.  However, the -- the original

7        piece was associated with her professional behavior.

8    BY MR. MEZIBOV:

9              Q    All right.  Let me make sure we have these

10   documents.  Number one -- 29 has been marked, correct?  You

11   have that?

12             A    Sorry.  I'm having --

13             Q    Would you look --

14             A    Sorry.  You dropped out.  Can you please

15   repeat what you were saying?

16             Q    Yeah.  29, you have in front of you; we've

17   marked that.

18             MR. PIERSALL:  Yes.

19             THE WITNESS:  Yes.  Yes.

20   BY MR. MEZIBOV:

21             Q    And we have -- We have Exhibit 18?  You've

22   seen that?

23             A    Yes.

24             Q    Could you look at Exhibit 28, please?

25             A    Yes.

36

1          Q   I know that's a -- that's a multipage

2   document.  Have you seen all these letters --

3          A   Yes.

4          Q   -- in Exhibit 28?

5          I'm not going to go through them.  Have -- Have

6   you received them all?

7          A   Yes.

8          Q   Have you read them all?

9          A   Yes.

10         Q   And you considered them all?

11         A   Yes.

12         Q   And Exhibit 30, have you received that?  That

13   again is a multipage exhibit.

14         A   Yes.

15         Q   Did you receive all these documents?

16         A   Yes.

17         Q   Did you read them?

18         A   Yes.

19         Q   Did you consider them?

20         A   Yes.

21         Q   Is there any independent research or any

22   independent investigation that you did outside of the

23   documents that you've told us about today?

24         A   Based upon the policy, that is not part of

25   the process.

37

1      MR. MEZIBOV:  Okay.  Why don't we take another few

2  minutes?  We may be close to or done.  Okay?

3      MR. PIERSALL:  Sure.

4      THE WITNESS:  Thank you.

5      COURT REPORTER:  You're off the record.

6          (BREAK - 3:05 to 3:15

7      COURT REPORTER:  We are back on the record.

8      Mr. Mezibov, I believe you wanted to just close it

9  out?

10      MR. MEZIBOV:  Yeah.  Yeah, I have no further

11  questions.  Appreciate it.  I'm sorry for the

12  disruptions.

13      MR. PIERSALL:  Thank you, Marc.  Just for the

14  record, I don't know that we ever identified the

15  exhibit, but the patient safety report at WPMC 4 May,

16  that you had -- It was Exhibit quadruple B.  I just

17  wanted to put it on the record that --

18      MR. MEZIBOV:  You want to just call it quadruple

19  B?

20      MR. PIERSALL:  We had introduced it with Jackie,

21  so it's already --

22      MR. MEZIBOV:  That's what -- That's what I

23  thought.  I don't have it.  I don't think it -- That's

24  what I was looking -- I was looking for our -- the

25  exhibit; I couldn't find it.  That's why I ran around

1        trying to find it.  Is it -- It's in the record?

2            MR. PIERSALL:  It's quadruple B.  What's that?

3            MR. MEZIBOV:  Is it in the record?

4            MR. PIERSALL:  Yes.

5            MR. MEZIBOV:  All right.  It's going to be called

6        triple B or whatever.  It is --

7            MR. PIERSALL:  Quadruple B.

8            MR. MEZIBOV:  All right.  That's it.

9            MR. PIERSALL:  Yes, we introduced it with Jackie.

10           MR. MEZIBOV:  That's fine.

11           MR. PIERSALL:  And she will read, Debbie.

12           COURT REPORTER:  Thank you.

13                       * * * * * * * * * *

14           (WHEREUPON, THE DEPOSITION OF **SUSAN EDWARDS,**

15       **Ph.D.,** WAS CONCLUDED AT 3:16 P.M.)

16                       * * * * * * * * * *

17

18

19

20

21

22

23

24

25

39

1                    C E R T I F I C A T I O N

2    STATE OF OHIO,

3    COUNTY OF HAMILTON, TO-WIT:

4

5            I, Debra A. Sprague, Certified Court Reporter and
     Notary Public in and for the State of Ohio, do hereby
6    certify;

7            That on the 20th day of July 2022, there appeared
     before me pursuant to notice, and agreement of counsel,
8    **SUSAN EDWARDS, Ph.D.,** as a witness in the previously
     entitled cause;
9
             That the said witness was sworn by me and examined
10   to tell the truth, the whole truth, and nothing but the
     truth in said cause;
11
             That the deposition was taken by me via stenomask
12   and electronic recording and the foregoing 38 pages contain
     a true, full and correct transcription of all the testimony
13   of said witness;

14           That the transcript was made available to counsel,
     for the witness for reading and signature;
15
             That I am not related to or in any way associated
16   with any of the parties to said cause of action, or their
     counsel and that I am not interested in the event thereof.
17
             IN WITNESS WHEREOF, I have hereunto set my hand
18   this 4th day of August 2022.

19

20

21           DEBRA A. SPRAGUE, CVR
             Commission Number:
22           2016-RE-581295
             My Commission Expires:
23           August 12, 2026

24

25

40

SIGNATURE PAGE/ERRATA SHEET FOR THE TRANSCRIPT OF
**SUSAN EDWARDS, Ph.D.**
July 20, 2022

JACQUELYN MARES, M.D. v MIAMI VALLEY HOSPITAL, et al.
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, CASE NO.: 3:20-cv-00453

CORRECTIONS

Pg. Ln.     Reads          Should Read      Reasons Therefore

__ __    _____   _____   _____

__ __    _____   _____   _____

__ __    _____   _____   _____

__ __    _____   _____   _____

__ __    _____   _____   _____

__ __    _____   _____   _____

__ __    _____   _____   _____

__ __    _____   _____   _____

__ __    _____   _____   _____

__ __    _____   _____   _____

__ __    _____   _____   _____

__ __    _____   _____   _____

__ __    _____   _____   _____

__ __    _____   _____   _____

_____
SUSAN EDWARDS, Ph.D.

**BY MR. MEZIBOV:**
**[13]** 8/5 13/8 14/1 21/14 21/24 23/8 23/20 26/15 27/18 29/11 33/3 35/8 35/20
**COURT REPORTER:**
**[14]** 5/1 5/9 5/25 6/6 6/14 6/17 6/21 26/11 26/13 32/25 33/2 37/5 37/7 38/12
**MR. MEZIBOV: [22]** 5/7 6/23 7/1 7/3 7/8 7/20 7/25 13/5 26/4 26/6 26/10 26/14 29/9 32/21 37/1 37/10 37/18 37/22 38/3 38/5 38/8 38/10
**MR. PIERSALL: [25]** 5/8 13/3 13/25 21/8 21/20 22/23 23/19 25/20 26/2 26/5 26/8 27/14 29/8 29/10 32/24 35/3 35/18 37/3 37/13 37/20 38/2 38/4 38/7 38/9 38/11
**THE WITNESS: [19]** 5/23 6/5 6/13 6/16 6/20 7/2 7/7 7/19 7/24 8/4 13/7 21/10 21/21 22/24 25/22 27/16 35/5 35/19 37/4

**'**

**'cause [3]** 15/25 17/17 26/3
**'til [1]** 26/6

**-**

**-v [1]** 1/7

**0**

**00453 [2]** 1/6 40/4

**1**

**1/9/19 [1]** 4/5
**105 [1]** 2/4
**10th [1]** 33/12
**11 [1]** 4/7
**11/14/18 [1]** 4/3
**12 [1]** 39/23
**12/3/18 [1]** 4/4
**14 [1]** 4/6
**14th [1]** 16/8
**15 [1]** 4/8
**16 [3]** 4/3 26/16 26/17
**17 [3]** 2/12 4/4 29/9
**18 [4]** 4/3 4/4 4/5 35/21
**18th [1]** 14/20
**19 [1]** 4/5
**1st [1]** 8/20

**2**

**20 [1]** 40/2
**2016-RE-581295 [1]** 39/22
**2017 [1]** 14/20
**2018 [5]** 16/8 29/5 29/15 33/12 34/16
**2019 [1]** 10/24
**2020 [1]** 8/20
**2022 [4]** 1/14 39/7 39/18 40/2
**2026 [1]** 39/23
**20th [2]** 1/14 39/7
**224-4411 [1]** 2/13
**24 [2]** 13/21 13/24
**26 [1]** 4/3
**28 [3]** 4/6 35/24 36/4
**29 [10]** 4/4 4/7 11/9 11/11 13/25 14/3 14/4 30/23 35/10 35/16
**2:05 [1]** 1/14
**2:32 [1]** 26/12
**2:39 [1]** 26/12
**2:48 [1]** 33/1
**2:59 [1]** 33/1

**3**

**30 [2]** 4/8 36/12
**312 [1]** 2/9
**35 [2]** 4/5 4/6
**36 [1]** 4/8
**37 [1]** 4/9
**38 [1]** 39/12
**3800 [1]** 2/8
**3:05 [1]** 37/6
**3:15 [1]** 37/6
**3:16 [2]** 1/15 38/15
**3:20-cv-00453 [2]** 1/6 40/4
**3rd [2]** 29/5 34/13

**4**

**43215 [1]** 2/13
**4411 [1]** 2/13
**45202 [1]** 2/4
**45247 [1]** 1/20
**45458 [1]** 2/21
**470-7662 [1]** 2/9
**4th [3]** 14/11 31/19 39/18

**5**

**513 [1]** 2/5
**513-708-6607 [1]** 1/21
**55 [1]** 2/7
**581295 [1]** 39/22

**6**

**60603 [1]** 2/8
**614 [1]** 2/13
**615 [1]** 2/3
**621-8800 [1]** 2/5
**6607 [1]** 1/21

**7**

**7662 [1]** 2/9
**7895 [1]** 2/22

**8**

**813-7895 [1]** 2/22
**85 degrees [1]** 26/3
**8534 [1]** 2/20
**8800 [1]** 2/5
**8839 [1]** 1/20
**8:04 [1]** 33/12

**9**

**90 [1]** 26/6
**900 [1]** 2/12
**937 [1]** 2/22
**9th [1]** 10/24

**A**

**a.m [1]** 33/12
**absence [1]** 14/24
**absolutely [4]** 6/20 7/24 16/13 17/24
**academic [1]** 28/9
**accept [2]** 22/17 29/19
**acceptable [1]** 27/13
**accepts [1]** 25/15
**accomplish [1]** 7/12
**action [2]** 18/3 23/2 39/16
**actions [1]** 22/25
**actual [1]** 13/5
**additional [1]** 29/13
**address [1]** 34/5
**administrative [1]** 15/12
**admits [1]** 22/19
**admitted [2]** 22/20 22/21
**affected [1]** 10/1
**affirm [1]** 6/17
**affirmed [1]** 22/8
**afternoon [4]** 5/1 7/1 7/2 7/5
**again [15]** 5/10 5/19 7/20 16/15 20/12 20/13 23/13 24/1 24/1 25/8 26/16 26/17 28/13 30/23 36/13
**ago [1]** 13/22
**agree [2]** 6/12 33/17
**agreement [1]** 39/7
**ahead [2]** 23/19 26/7 35/3
**Air [1]** 30/20
**al [2]** 1/8 40/3
**ALBERT [1]** 2/25
**all [36]** 8/6 8/21 9/14 11/5 11/18 13/1 13/20 15/19 16/19 17/25 18/8 20/14 20/19 20/19 21/4 24/9 25/22 26/1 26/19

**assumed [1]** 30/14
**Assuming [1]** 22/21
**assumption [1]** 24/11
**at [33]** 1/14 1/15 3/3 5/19 5/21 6/2 8/6 8/11 11/5 11/9 13/10 14/10 16/11 16/16 16/18 17/9 20/22 22/14 26/6 26/16 26/17 27/17 27/19 28/9 30/23 31/18 33/19 33/20 34/9 34/9 35/24 37/15 38/15
**attempt [1]** 34/8
**attending [2]** 30/11 30/15
**audible [1]** 8/3
**August [2]** 39/18 39/23
**available [2]** 3/5 39/14
**aware [1]** 6/7
**away [1]** 26/8

**B**

**baby [1]** 9/15
**back [5]** 12/4 26/9 26/13 33/2 37/7
**Base [1]** 30/20
**based [13]** 11/5 12/7 16/24 20/14 22/11 22/25 33/19 33/24 34/7 34/12 34/14 34/15 36/24
**basic [1]** 9/13
**basically [3]** 15/10 15/19 20/19
**BBBB [1]** 4/9
**begin [6]** 6/22 7/21 7/23
**beginning [1]** 7/14
**behalf [1]** 5/10
**behavior [2]** 28/14 35/7
**being [6]** 6/7 6/24 16/24 22/12 31/24 32/7
**believe [2]** 30/24 37/8
**best [2]** 11/25 13/2
**between [1]** 32/16
**biases [1]** 25/7
**bit [1]** 5/11
**boil [1]** 26/4
**Boonshoft [2]** 14/21 23/5
**both [1]** 23/5
**break [4]** 6/2 32/22 33/1 37/6
**burden [2]** 24/14 24/14
**Butler [1]** 2/3

**C**

**call [1]** 37/18
**called [3]** 6/24 13/21 38/5
**came [7]** 11/6 12/3 15/8 17/16 25/1 25/22

**29/12 29/22 32/21 33/8 33/9 34/2 34/4 34/24 35/9 36/2 36/6 36/8 36/10 36/15 38/5 38/8 39/12
**allow [1]** 15/6
**along [1]** 23/2
**already [2]** 27/24 37/21
**also [9]** 2/23 11/19 12/23 14/9 14/12 14/23 16/7 20/20 23/6
**am [6]** 8/24 9/13 9/23 10/18 39/15 39/16
**another [1]** 37/1
**answer [13]** 5/16 7/14 7/14 7/22 7/22 7/22 21/8 21/20 22/23 23/12 25/21 27/14 35/4
**any [19]** 9/9 9/11 9/19 9/25 15/16 16/25 16/25 17/18 19/13 20/5 21/10 20/25 27/1 28/16 34/6 36/21 36/21 39/15 39/16
**anybody [5]** 15/21 16/14 18/10 18/23 20/12
**anyone [1]** 23/4
**anything [4]** 17/9 17/22 21/16 25/10
**apologize [2]** 10/11 33/4
**appeal [12]** 11/13 12/16 12/18 13/11 13/24 14/5 15/11 15/24 16/3 17/8 18/4 21/23
**appealing [1]** 13/18
**APPEARANCES [1]** 2/1
**appeared [2]** 28/8 39/7
**appointed [1]** 23/14
**appreciate [2]** 33/18 37/11
**appreciated [1]** 5/15
**appropriate [1]** 16/23
**approximately [1]** 8/19
**around [1]** 37/25
**ascertain [1]** 27/23
**ask [4]** 10/16 11/7 11/8 32/1
**asked [1]** 27/1
**asking [5]** 7/4 7/12 10/10 10/14 33/8
**assess [2]** 24/9 25/8
**assessment [1]** 20/21
**assigned [2]** 21/5 27/24
**Assistant [1]** 2/16
**associated [6]** 9/23 18/23 23/4 30/14 35/7 39/15
**assume [5]** 5/3 21/3 23/23 24/8 24/13

**C**

came... [1] 29/23
cannot [6] 19/25 21/10
24/11 30/22 32/9 32/10
capable [1] 25/25
capacity [1] 10/7
capital [3] 5/23 32/2
32/12
care [2] 33/18 35/6
caring [2] 32/3 32/17
case [8] 1/6 5/15 10/4
20/1 20/22 23/6 30/17
40/4
CCC [4] 11/20 17/5
25/5 25/6
Center [2] 14/11 31/19
Certified [3] 1/13 1/19
39/5
certify [1] 39/6
chain [1] 15/20
change [1] 24/20
Chicago [1] 2/8
Cincinnati [2] 1/20 2/4
city [1] 6/4
Civil [1] 3/4
clean [2] 5/13 5/20
clear [2] 32/11 32/12
clearly [2] 23/6 28/19
client [1] 10/6
close [2] 37/2 37/8
Co [1] 2/11
collated [1] 33/9
Columbus [1] 2/13
come [2] 11/2 26/9
comfortable [1] 7/18
Commission [2] 39/21
39/22
committee [6] 11/21
15/3 15/8 15/24 16/4
24/24
communicate [3]
15/21 20/5 32/2
communicating [1]
30/15
communication [7]
29/24 30/10 30/14
31/15 32/5 32/13 32/16
communications [4]
29/16 29/18 30/1 34/15
competency [3] 11/21
15/3 19/25
competent [3] 20/2
23/5 25/25
complete [3] 5/13 5/20
14/15
Complies [1] 6/16
concern [2] 4/8 14/22
concerned [1] 27/3
concerning [1] 10/6
concerns [2] 20/5
29/17
CONCLUDED [1]
38/15

**conduct [1] 11/4**
conducting [1] 25/25
confirm [1] 6/7
consider [1] 36/19
considered [2] 17/19
36/10
contain [1] 39/12
contained [2] 11/15
28/10
contains [2] 26/21
26/21
context [5] 27/17 27/19
28/22 28/24 28/25
conversations [1] 18/8
cook [1] 26/5
coordinator [1] 33/22
copy [2] 29/25 31/12
corrected [1] 28/15
**CORRECTIONS [1]**
40/5
corrective [1] 23/2
counsel [8] 2/15 2/16
3/5 5/15 6/1 39/7 39/14
39/16
COUNTY [1] 39/3
course [1] 34/5
court [8] 1/2 1/13 1/19
3/4 5/2 6/10 39/5 40/3
critical [5] 9/7 15/3
29/18 30/14 32/4
CULLEY [1] 2/15
currently [1] 6/4
cut [2] 8/2 23/22
cv [2] 1/6 40/4
CVR [2] 1/19 39/21
CVR-M [1] 1/19

**D**

dated [3] 14/20 16/7
29/5
day [1] 1/14 39/7 39/18
days [1] 15/10
Dayton [2] 2/21 6/5
dcp [1] 2/14
dean [1] 22/13
Debbie [5] 5/1 6/23
7/11 7/20 38/11
Debra [4] 1/13 1/19
39/5 39/21
December [3] 8/20
29/5 34/13
December 3rd [1] 29/5
deciding [1] 11/5
decision [19] 10/9
10/24 12/17 13/18 14/7
15/4 15/11 15/20 16/20
17/4 17/6 17/11 17/17
17/19 19/10 20/14
21/11 22/13 29/20
decision-making [1]
21/11
decisions [1] 11/21
Defendants [1] 1/9

**2/10 2/19**
deficiencies [1] 29/15
29/17
degree [2] 20/1 20/1
degrees [1] 26/3
delay [1] 33/4
delivered [1] 9/15
department [1] 9/17
deposition [7] 1/13 3/3
3/4 6/7 7/7 38/14 39/11
depositions [1] 5/3
despite [1] 15/9
determine [3] 23/25
24/4 24/15
determined [1] 24/12
differences [1] 33/19
difficulty [1] 10/12
directly [2] 10/8 34/17
disagreed [1] 22/16
discipline [1] 18/3
disciplined [2] 31/24
32/7
discuss [3] 16/14
16/15 20/4
dismissal [9] 10/5 19/1
19/6 19/9 22/8 24/5
24/7 24/17 25/16
dismissed [2] 10/25
22/22
disruptions [1] 37/12
DISTRICT [4] 1/2 1/2
40/3 40/3
DIVISION [2] 1/3 40/4
document [2] 31/4
36/2
documentation [2]
29/23 33/17
documented [1] 29/13
documents [3] 35/10
36/15 36/23
does [4] 21/7 22/21
24/20 32/18
doesn't [3] 19/12 22/6
32/14
don't [16] 7/16 10/12
15/25 21/2 21/15 21/16
22/3 22/5 26/17 27/14
32/10 33/8 37/1 37/14
37/23 37/23
done [2] 30/13 37/2
down [2] 12/1 25/2
Dr [23] 4/7 7/1 10/23
12/8 13/11 14/22 18/6
18/15 18/16 18/17
18/18 18/21 22/25
23/22 25/11 25/17
26/16 27/3 31/23 33/14
33/16 34/13 34/13
**Dr. [23]** 7/4 11/12 12/9
12/23 14/16 15/16
17/25 18/1 18/8 18/11
18/13 18/25 19/21
20/21 22/15 27/10 29/5

**29/5 30/21 31/4 33/5**
33/6 34/4
Dr. Dunn [4] 12/9
17/25 18/1 29/5
Dr. Edwards [1] 33/5
Dr. Lo [2] 30/21 33/6
Dr. Mares [10] 7/4
11/12 12/23 14/16
18/25 19/21 20/21
22/15 27/10 34/4
Dr. Mares' [1] 31/4
Dr. Talbot [3] 15/16
18/11 18/13
Dr. Zryd [2] 18/8 29/5
DREW [1] 2/11
Drive [1] 1/20
dropped [1] 35/14
Drs [3] 16/4 17/6 29/12
dspraguecvr [1] 1/21
due [11] 4/3 11/3 12/12
12/15 20/17 22/2 25/11
25/12 25/13 25/15
25/17
duly [1] 6/24
DUNLEVEY [1] 2/19
Dunn [8] 12/9 16/5
17/7 17/25 18/1 29/5
29/13 34/13
during [2] 5/16 34/5

**E**

E-d-w-a-r-d-s [1] 5/24
each [1] 13/13
earlier [1] 27/11
East [1] 2/7
EDWARDS [14] 1/13
3/3 4/6 4/7 5/23 6/24
7/1 23/22 26/16 33/5
38/14 39/8 40/1 40/22
effect [1] 6/10
electronic [1] 39/12
else [3] 15/21 17/9
18/23
Elsinore [1] 2/3
email [3] 32/10 33/11
34/7
emails [1] 34/14
employed [3] 8/6 8/9
8/22
employment [1] 19/9
enclo [1] 31/8
enclosed [1] 31/12
ending [1] 1/15
enjoy [1] 7/8
ensure [1] 23/4
entered [1] 31/13
entire [1] 17/23
entitled [1] 39/8
ERRATA [1] 40/1
errors [1] 33/24
ESQUIRE [6] 2/2 2/6
2/11 2/15 2/16 2/19
et [2] 1/8 40/3

**29/5 30/21 31/4 33/5**
ethical [1] 23/7
ethically [1] 25/25
even [3] 6/8 7/25 18/13
event [1] 39/16
ever [11] 9/9 9/11 9/25
15/15 18/5 18/6 18/12
19/13 20/4 34/2 37/14
every [1] 17/15
everything [2] 12/2
18/25
evidence [16] 11/6
15/20 16/16 16/20
17/21 20/20 22/12 24/5
24/6 24/16 24/18 25/8
25/16 30/1 30/9 34/22
examine [1] 16/19
examined [2] 6/25 39/9
Excuse [1] 27/24
executed [1] 19/18
exhibit [12] 11/9 26/16
29/8 30/23 35/21 35/24
36/4 36/12 36/13 37/15
37/16 37/25
Exhibit 16 [1] 26/16
Exhibit 18 [1] 35/21
Exhibit 28 [1] 36/4
Exhibit 29 [1] 11/9
Exhibit 30 [1] 36/12
EXHIBITS [1] 4/1
Expires [1] 39/22
explain [1] 25/14
express [1] 22/7
extend [1] 7/10
extent [1] 21/9

**F**

facility [1] 33/19
fact [2] 18/1 34/25
factor [1] 11/5
factual [1] 7/15
faculty [1] 14/12
fair [1] 20/22
fairly [1] 16/22
far [1] 27/2
Federal [1] 3/3
feedback [3] 15/9 23/2
28/14
fellow [1] 14/14
few [1] 37/1
file [1] 12/3
final [2] 11/5 30/24
finally [1] 7/25
find [2] 37/25 38/1
findings [1] 33/22
fine [3] 13/6 18/15
38/10
finish [1] 7/21 23/19
31/10
first [7] 6/24 7/7 19/5
19/8 19/10 19/21 28/17
five [2] 15/10 32/22
fix [1] 26/9
followed [3] 16/17

JACQUELYN MARES, M.D.
MIAMI VALLEY HOSPITAL, et al.

SUSAN EDWARDS, Ph.D.
July 20, 2022

**F**

followed... [2] 16/23
27/2
following [3] 6/3 21/22
28/9
follows [1] 6/25
force [2] 6/10 30/20
foregoing [1] 39/12
form [2] 13/18 25/20
formal [1] 15/9
formally [1] 13/18
found [2] 24/6 24/18
four [2] 18/7 28/12
fourth [1] 30/23
front [3] 11/17 30/19
35/16
full [3] 7/15 11/21
39/12
functions [3] 9/9 9/11
9/25
further [1] 37/10

**G**

gave [2] 7/11 28/17
General [2] 2/15 2/16
give [4] 6/18 13/20
26/8 32/22
given [3] 12/14 14/7
23/2
goes [1] 25/2
gone [2] 17/4 17/5
good [4] 5/1 7/1 7/2
7/11
goodies [1] 7/15
Gosh [1] 11/17
graduate [1] 10/10
graduation [3] 19/22
27/4 27/12
grant [1] 20/1
guess [1] 30/11
guidelines [1] 21/22
GYN [4] 9/11 9/17 9/20
10/1
gynecology [1] 13/19

**H**

half [1] 8/18
HAMILTON [1] 39/3
hand [2] 6/15 39/17
happen [1] 19/12
happening [1] 30/16
happy [1] 13/13
having [6] 10/11 20/24
21/25 29/14 33/9 35/12
he [1] 28/4
head [5] 22/13 25/4
28/2 30/18 30/22
HEALTH [3] 2/20 2/24
22/14
hear [4] 5/16 7/14 7/22
30/3
hearing [10] 11/22
17/5 17/6 19/14 20/18

20/25 25/10 26/22 34/5
34/9
held [1] 34/25
hereby [1] 39/5
herein [1] 3/3
hereunto [1] 39/17
hers [1] 11/19
herself [1] 34/15
Hey [1] 26/2
High [1] 2/12
highlighting [1] 30/12
hit [1] 26/6
HOSPITAL [3] 1/8
33/20 40/3
hour [2] 1/14 1/15
However [1] 35/6
Human [1] 9/7

**I**

I'll [4] 6/2 7/10 7/22
32/21
I'm [22] 5/2 5/3 7/4 7/8
7/12 10/11 11/7 13/13
20/10 20/13 23/21
23/21 24/13 27/23 29/9
30/2 31/4 31/15 33/8
35/12 36/5 37/11
I've [3] 18/7 19/8 19/10
identified [1] 37/14
identify [2] 33/23 33/24
Illinois [1] 2/8
illogical [2] 20/9 20/10
immediately [1] 15/12
impacted [1] 10/8
impartial [1] 20/23
in [85]
incident [1] 33/17
incidents [1] 29/13
included [1] 31/11
incorporate [1] 33/22
incorrectly [1] 31/13
independent [2] 36/21
36/22
INDEX [1] 4/1
indicate [1] 7/17
individual [5] 5/18 10/9
19/9 25/2 25/24
individuals [4] 14/13
24/25 24/25 25/6
infeasible [1] 27/7
information [10] 11/20
12/6 12/8 12/11 16/24
16/25 17/15 17/18
20/14 20/20
informed [2] 18/2 23/1
initiated [1] 17/3
instance [4] 16/21 18/3
22/24 32/4
instances [1] 22/25
27/25
institution [1] 10/20
intended [1] 7/13
interested [1] 39/16

interpersonal [2] 29/16
29/24
interview [1] 24/9
introduced [2] 37/20
38/9
introduction [1] 7/11
investigation [1] 36/22
involved [3] 10/21 23/1
24/25
issue [6] 11/4 18/17
18/19 30/1 34/6 34/6
issues [2] 18/9 22/19
it [72]
item [1] 13/21 13/24
items [9] 11/15 11/18
12/22 12/24 13/2 13/5
13/16 14/18 15/22
its [1] 24/23

**J**

Jackie [4] 34/15 34/20
37/20 38/9
Jackson [1] 2/20
jacksonlewis.com [1]
2/22
JACQUELYN [2] 1/5
40/3
January [2] 8/20 10/24
January 9th [1] 10/24
job [2] 23/4 23/23
Judge [1] 1/7
July [3] 1/14 39/7 40/2

**K**

KAREN [1] 2/19
karen.dunlevey [1]
2/22
key [1] 29/24
Knowing [1] 24/20
knows [1] 18/1

**L**

lack [1] 32/16
last [1] 17/10
later [1] 27/11
law [1] 6/11
learned [1] 19/1
least [1] 26/6
leave [1] 14/24 15/12
lengthy [1] 17/14
letter [19] 4/4 4/5 4/7
13/17 14/20 14/21
15/13 16/7 17/3 22/16
22/19 26/19 29/5 29/7
31/11 32/18 33/5 34/13
34/21
letters [7] 4/6 4/8 14/12
14/14 32/2 32/12 36/2
Lewis [1] 2/20
lightly [1] 17/17
list [1] 13/9
listed [1] 16/6
little [2] 5/11 10/11

LLC [1] 2/7
Ln [1] 40/6
Lo [5] 30/21 31/20
31/23 33/6 33/14
logical [2] 20/7 20/8
long [5] 7/9 7/9 7/10
8/16 14/6
looked [1] 17/9
looking [4] 13/10
20/22 37/24 37/24
LPA [1] 2/11

**M**

M.D [4] 1/5 2/25 9/2
40/3
M.D.s [3] 9/3 9/4 9/6
made [10] 3/5 10/9
16/4 16/6 17/6 17/7
19/14 22/13 24/17
39/14
major [1] 16/20
making [4] 17/19 21/11
25/24 29/20
management [1] 33/19
MANAGER [1] 2/24
MANZLER [1] 2/16
MARC [7] 2/2 7/3 13/4
23/19 26/2 29/8 37/13
March [1] 29/15
March 2018 [1] 29/15
Marek [1] 2/7
marekweisman.com
[1] 2/9
MARES [24] 1/5 4/3
4/4 4/5 4/7 7/4 10/23
11/12 12/23 14/16
14/22 18/25 19/21
20/21 22/15 23/1 25/11
25/17 27/3 27/10 33/16
34/4 34/20 40/3
Mares' [2] 13/11 31/4
marked [2] 35/10 35/17
material [2] 17/13 24/9
materials [3] 16/16
19/1 23/24
matter [3] 5/3 20/4
22/6
mean [4] 12/2 13/9
22/22 32/10
meaning [2] 23/21
23/21
means [1] 10/3
meant [3] 33/23 33/23
33/25
medical [5] 10/10
14/11 22/13 22/14
31/19
Medicine [2] 14/21
23/5
meeting [2] 27/25
28/13
member [6] 10/15
10/17 10/18 10/19

10/21 16/3
members [2] 19/14
19/14
Memo [1] 4/3
memory [1] 13/4
mentor [2] 27/24 28/13
mentors [1] 28/1
met [6] 31/23 32/6
32/14 32/19 33/18 35/6
method [1] 5/4
MEZIBOV [5] 2/2 2/3
6/22 7/3 37/8
mezibov.com [1] 2/5
MIAMI [1] 1/8 2/19
33/20 40/3
MICHAEL [1] 2/16
michael.manzler [1]
2/18
microphone [1] 5/12
might [1] 5/11
mind [1] 20/11
minute [3] 12/4 13/21
26/3
minutes [2] 32/23 37/2
mission [1] 23/9
mmezibov [1] 2/5
Monroe [1] 2/7
months [1] 27/12
Moreover [1] 29/16
morning [1] 31/22
Mr [1] 37/8
Mr. [1] 6/22
Mr. Mezibov [1] 6/22
multipage [2] 36/1
36/13
multiple [3] 14/5 22/25
24/25
must [2] 6/11 22/22
my [26] 5/1 7/3 7/7
7/16 7/21 10/4 10/6
12/3 16/5 16/15 17/11
17/11 20/11 21/1 23/4
23/15 25/4 28/2 29/20
30/18 30/22 31/10
33/20 34/7 39/17 39/22
myself [1] 23/14

**N**

Nabida [1] 1/20
name [2] 5/22 7/3
name's [1] 5/1
named [1] 18/5
names [3] 6/2 18/4
28/3
Nancy [1] 31/20
necessary [1] 34/1
needs [3] 5/15 20/2
32/1
never [6] 9/14 9/17
18/16 18/18 20/12 28/4
Newman [1] 1/7
next [2] 7/23 13/23
NGUYEN [1] 2/24

**N**

nobody [1] 25/15
nod [1] 8/1
Nope [1] 5/7
normally [1] 5/12
not [61]
Notary [3] 1/14 3/4 39/5
note [1] 10/4
nothing [3] 6/19 31/13 39/10
notice [2] 3/4 39/7
notification [2] 15/2 15/23
notwithstanding [1] 34/24
November [1] 16/8
number [5] 14/13 27/3 28/12 35/10 39/21
nurse [1] 32/3
nurses [1] 32/17
nursing [1] 32/1

**O**

OB [6] 9/11 9/17 9/20 10/1 31/25 32/16
OB/GYN [4] 9/11 9/17 9/20 10/1
object [2] 5/15 35/3
objection [7] 5/4 5/8 21/8 21/20 22/23 25/20 27/14
obligations [1] 29/18
obstetrics [1] 13/19
Obviously [1] 5/25
occurred [1] 29/14
occurring [1] 27/25
often [1] 19/12
OHIO [10] 1/2 1/14 1/20 2/4 2/13 2/21 6/5 39/2 39/5 40/3
okay [27] 7/18 7/23 8/3 8/4 11/7 11/11 13/12 14/2 14/15 14/24 14/25 15/15 15/18 16/14 17/10 18/6 18/15 19/23 21/10 22/21 26/9 26/10 28/21 32/23 34/12 37/1 37/2
on [34] 1/14 7/25 10/5 10/24 11/5 14/11 14/23 15/1 15/11 19/6 19/10 19/22 19/25 20/2 21/11 21/12 21/12 22/3 23/10 26/13 27/4 27/11 28/17 29/24 29/16 30/16 30/23 31/19 33/2 33/11 34/12 37/7 37/17 39/7
once [1] 7/20
one [11] 5/18 12/1 12/1 13/13 16/22 19/21 22/24 26/2 27/3 28/17 35/10

only [5] 5/18 12/23 18/7 25/8 28/8
opinion [2] 21/9 24/21
opportunity [1] 34/5
or [26] 6/2 6/10 6/17 8/1 9/9 16/20 18/23 19/9 20/4 21/16 21/17 22/16 24/12 25/3 25/7 27/11 28/4 30/2 30/13 30/15 34/6 36/21 37/2 38/6 39/15 39/16
original [1] 35/6
others [1] 23/14
our [6] 8/2 10/7 10/9 33/19 33/21 37/24
outcome [2] 15/4 16/23
outlined [1] 21/23
outside [1] 36/22
over [2] 5/17 17/16
own [1] 33/20

**P**

P.C [1] 2/20
p.m [3] 1/15 1/15 38/15
packet [8] 11/12 11/15 12/5 12/11 14/10 14/15 17/22 34/23
page [3] 30/23 30/24 40/1
PAGE/ERRATA [1] 40/1
pages [5] 4/6 4/8 14/6 16/1 39/12
PAINTER [6] 2/12 2/25 18/15 18/16 18/17 18/18
panel [16] 11/22 17/5 17/6 17/24 19/14 19/14 21/12 21/13 22/4 23/10 23/13 23/13 25/12 25/14 25/22 26/24
panel's [3] 25/9 25/10 25/18
panelists [6] 20/6 20/9 20/25 21/5 21/17 22/1 23/9
panelists' [2] 22/13 23/9
paragraph [2] 29/7 29/12
part [16] 12/11 12/15 12/15 12/18 14/10 18/2 21/11 22/1 22/2 23/13 25/7 25/13 25/14 30/1 34/22 36/24
participate [2] 10/20 22/1
participation [1] 25/18
particular [3] 19/21 30/17 32/10
parties [2] 6/2 39/16
Partners [1] 2/24
path [1] 25/2

patient [13] 4/9 14/9 14/10 31/1 31/5 31/11 31/18 32/2 32/3 32/17 33/22 34/6 37/15
Patterson [3] 14/11 30/20 31/18
pause [2] 5/14 5/17
penalties [1] 6/11
per [2] 11/3 33/21
performed [3] 9/9 9/11 9/25
period [1] 17/15
perjury [1] 6/12
person [2] 5/18 28/5
personally [2] 10/14 10/21
perusal [1] 31/12
Pg [1] 40/6
Ph.D [7] 1/13 3/3 6/24 38/15 39/8 40/1 40/22
Phone [4] 2/5 2/9 2/13 2/22
physiologist [2] 8/24 8/25
physiology [1] 9/7
piece [2] 17/15 35/7
PIERSALL [2] 2/11
pile [1] 31/17
place [2] 2/3 15/11
placed [2] 15/1 29/14
Plaintiff [2] 1/6 2/2
please [11] 5/6 5/21 5/22 6/15 7/16 7/21 10/3 11/9 23/21 35/14 35/24
pointed [2] 27/3 31/16
policies [1] 28/10
policy [1] 36/24
position [2] 8/11 19/6
possible [1] 5/20
post [1] 24/12
post-determined [1] 24/12
predetermined [1] 24/12
PREMIER [4] 2/20 2/24 9/20 22/14
presence [1] 3/5
present [2] 2/23 8/6
presented [2] 17/21 22/12
president [4] 8/13 8/14 8/16 8/22
pretty [1] 12/2
previous [1] 24/24
previously [1] 39/8
printed [1] 15/25
probation [8] 15/1 15/2 15/9 19/22 20/3 27/4 27/11 29/14
problem [1] 33/9
problems [1] 33/24
Procedure [1] 3/4

procedures [1] 28/11
process [29] 4/3 7/6 11/3 12/10 12/12 12/16 12/18 14/6 16/17 16/18 16/19 16/22 16/23 18/2 20/13 20/17 21/12 21/16 22/1 22/2 22/2 25/8 25/11 25/12 25/13 25/15 25/17 25/18 36/25
profession [1] 8/23
professional [6] 23/6 28/10 28/22 28/24 28/25 35/7
professionalism [2] 29/15 29/23
program [24] 9/20 9/24 10/1 10/8 10/10 10/15 10/17 10/18 10/19 10/20 10/22 10/25 12/24 13/19 14/19 15/5 15/7 18/10 18/23 19/7 19/11 19/22 22/14 27/5 33/21
proved [1] 20/2
provided [5] 10/24 11/13 11/16 11/18 11/20
provides [2] 14/9 14/13
Public [3] 1/14 3/4 39/5
Public/Court [1] 3/4
punitive [1] 33/25
purpose [3] 20/17 20/24 21/2
purposeful [1] 7/13
purposes [1] 8/2
pursuant [2] 3/3 39/7
purview [2] 16/15 21/1
put [2] 14/23 37/17

**Q**

quadruple [4] 37/16 37/18 38/2 38/7
quest [1] 23/17
question [5] 5/14 7/16 7/21 7/23 10/2 31/10
questioned [1] 23/25
questions [3] 7/5 7/13 37/11
quite [1] 17/14

**R**

RACHEL [1] 2/6
raise [1] 6/14
raised [1] 29/17
ran [1] 37/25
re [3] 4/3 17/16 39/22
re-read [1] 17/16
read [13] 16/9 16/10 16/11 17/15 17/16 20/19 29/4 34/2 34/12 36/8 36/17 38/11 40/6

reading [2] 3/6 39/16
Reads [1] 40/6
reason [4] 12/5 22/7 27/8 32/15
reasons [3] 22/8 28/17 40/6
receive [5] 15/22 25/12 29/25 34/17 36/15
received [17] 12/7 12/8 12/22 12/23 14/12 14/18 14/20 15/3 15/23 15/23 17/1 17/13 25/11 25/17 34/14 36/6 36/12
receiving [2] 12/11 18/3 28/14
recognize [1] 18/14
recommend [1] 24/7
recommendation [20] 10/6 12/7 15/8 19/6 24/1 24/2 24/5 24/16 24/19 25/1 25/9 25/10 25/15 25/17 27/22 28/7 28/16 31/25 33/21 33/21
recommendations [11] 16/4 16/6 16/9 19/15 19/17 21/7 23/11 24/17 25/23 26/22 27/2
recommended [1] 27/10
record [14] 5/13 5/20 26/11 26/12 26/13 32/25 33/2 33/11 37/5 37/7 37/14 37/17 38/1 38/3
recording [1] 39/12
referring [4] 31/2 31/5 31/14 31/15
regarding [1] 29/17
rejected [3] 21/7 22/8 22/10
related [2] 18/8 39/15
relationship [1] 9/19
remain [3] 19/22 27/4 27/11
reminded [1] 7/20
remote [2] 5/4 5/5
remotely [1] 6/8
remove [2] 15/4 15/7
removed [1] 19/11
repeat [1] 35/15
repeated [1] 15/9
report [10] 4/9 14/9 14/10 30/16 31/1 31/6 31/12 31/18 34/6 37/15
reporter [5] 1/14 1/19 3/4 5/2 39/5
reporting [2] 30/13 30/13
reports [1] 33/23
represent [1] 7/4
represented [1] 16/22
research [1] 36/21

**R**

**residency [3]** 9/20 13/19 19/11
**resident [4]** 10/9 16/21 32/1 32/17
**resident's [1]** 21/23
**residents [2]** 10/1 14/14
**resignation [1]** 33/25
**respect [1]** 10/23
**responsibility [3]** 21/6 24/4 24/15
**resulted [1]** 12/10
**review [1]** 23/23
**reviewing [1]** 17/12
**reviews [1]** 11/4
**Rich [1]** 2/11
**RISK [1]** 2/24
**role [1]** 21/19
**room [4]** 6/1 6/9 18/14 26/3
**rrutter [1]** 2/9
**Rules [1]** 3/3
**RUTTER [1]** 2/6

**S**

**safety [12]** 4/9 14/9 14/10 31/1 31/6 31/11 31/18 33/21 33/23 34/6 35/1 37/15
**say [12]** 8/2 8/25 17/14 22/3 22/5 25/22 26/1 28/8 29/16 29/25 32/14 32/18
**saying [3]** 20/8 20/10 35/15
**says [5]** 31/1 31/12 31/25 32/15 33/16
**school [4]** 14/21 19/10 22/13 23/5
**scientist [1]** 9/13
**SEAN [1]** 2/15
**sean.culley [1]** 2/17
**second [5]** 13/20 13/20 27/22 29/7 29/12
**see [5]** 5/25 8/1 9/10 31/13 32/20
**seeing [1]** 6/1
**seen [3]** 11/11 35/22 36/2
**selected [1]** 33/14
**sense [2]** 21/7 24/8
**sent [7]** 12/5 16/12 18/4 19/2 26/20 30/11 31/16
**sent in [1]** 26/20
**separate [2]** 11/6
**series [2]** 11/4 25/23
**serve [1]** 23/10
**set [2]** 21/22 39/17
**shared [1]** 20/12
**she [42]**
**she's [1]** 22/22 31/5

31/7 31/8
**SHEET [1]** 40/1
**should [2]** 33/11 40/6
**sic [1]** 9/19
**side [1]** 20/22
**signature [3]** 3/6 39/14 40/1
**signed [2]** 15/13 15/13
**significance [1]** 24/23
**Since [1]** 5/2
**sitting [1]** 6/8
**situation [2]** 17/7 20/23
**six [5]** 25/3 25/3 25/3 25/5 27/12
**slightly [1]** 5/14
**slower [1]** 5/11
**slowly [1]** 12/1
**solemnly [1]** 6/17
**somebody [3]** 19/11 19/25 20/1
**someone [1]** 5/16
**something [3]** 8/3 16/1 30/12
**somewhere [1]** 31/17
**sorry [10]** 15/7 15/23 17/10 27/23 29/9 30/2 35/2 35/12 35/14 37/11
**sort [1]** 9/12
**sound [1]** 10/13
**South [1]** 2/12
**SOUTHERN [1]** 1/2 40/3
**speak [8]** 5/10 5/11 5/17 15/15 17/25 18/6 18/11 19/13
**speaking [1]** 5/19
**specialist [1]** 9/12
**specifically [1]** 10/2
**speculate [2]** 27/15 27/20
**speculation [1]** 27/16
**spell [1]** 5/22
**spend [1]** 17/12
**spoke [2]** 18/17 28/4
**Sprague [5]** 1/13 1/19 5/2 39/5 39/21
**stand [1]** 22/12
**standard [2]** 33/17 35/6
**standards [6]** 28/10 31/24 32/7 32/14 32/19 35/1
**start [1]** 5/16
**state [12]** 1/14 2/11 2/17 5/6 5/22 6/4 8/10 8/11 8/17 10/2 39/2 39/5
**statement [2]** 21/10 29/19
**states [3]** 1/2 14/6 40/3
**stating [1]** 13/17
**station [1]** 32/1

**stenomask [2]** 3/4 39/11
**step [1]** 20/10
**still [2]** 27/25 33/5
**STIPULATIONS [1]** 3/2
**stop [1]** 32/1
**Street [3]** 2/7 2/12 2/20
**student [4]** 11/3 12/16 16/20 18/3
**submitting [1]** 33/20
**subsequent [1]** 29/14
**substantial [4]** 24/6 24/15 24/18 25/16
**successfully [1]** 19/18
**sufficient [1]** 24/4
**Suite [4]** 2/4 2/8 2/12 2/21
**supervisor [1]** 32/11
**supervisors [1]** 34/10
**supplied [4]** 16/7 16/24 20/20 20/21
**supplies [1]** 14/12
**support [5]** 24/5 24/16 24/16 24/19 25/16
**sure [11]** 5/10 5/12 7/8 13/16 16/16 16/21 17/7 25/24 32/24 35/9 37/3
**surface [1]** 28/18
**SUSAN [8]** 1/13 3/3 5/23 6/24 38/14 39/8 40/1 40/22
**swear [2]** 6/9 6/17
**swearing [1]** 5/5
**sworn [2]** 6/25 39/9
**system [3]** 10/13 33/23 33/24
**system-based [1]** 33/24
**systems [1]** 33/19
**systems-based [1]** 33/19

**T**

**take [7]** 7/9 9/14 12/1 29/4 32/17 32/21 37/1
**taken [6]** 1/13 3/3 3/4 6/8 23/3 39/11
**TALBOT [5]** 2/12 15/14 15/16 18/11 18/13
**talk [1]** 31/4
**talked [1]** 18/18
**taught [3]** 9/3 9/4 9/6
**Technically [1]** 19/24
**tell [9]** 6/11 11/18 11/19 13/15 13/15 30/18 30/22 32/9 39/10
**telling [1]** 24/13
**terminable [1]** 17/7
**terminate [1]** 13/18
**terms [4]** 11/4 25/24 30/13 32/9
**testified [1]** 6/25
**testimony [2]** 6/18

39/12
**than [6]** 5/11 17/19 17/22 27/11 27/11 28/16
**thank [12]** 5/9 5/25 6/6 6/14 6/21 6/23 7/19 26/14 33/16 37/4 37/13 38/12
**thankfully [1]** 19/12
**their [26]** 6/2 15/4 15/8 15/11 21/6 21/6 21/6 21/17 23/23 23/25 24/3 24/14 24/14 24/14 24/17 24/21 25/7 25/15 28/3 39/16
**them [11]** 13/9 16/10 16/11 16/14 27/17 36/5 36/6 36/8 36/10 36/17 36/19
**Theodore [1]** 15/14
**there's [2]** 15/2 32/16
**Therefore [1]** 40/6
**thereof [1]** 39/16
**these [6]** 13/14 25/6 29/13 35/9 36/2 36/15
**they're [6]** 21/21 28/19 28/20 28/23
**they've [1]** 18/8
**thing [4]** 13/23 17/2 17/11 21/3
**things [1]** 22/15
**think [10]** 17/10 18/7 22/9 22/11 22/11 22/18 25/3 28/19 35/5 37/23
**third [1]** 28/7
**THOMAS [1]** 2/24
**those [8]** 11/25 12/1 13/1 16/9 19/17 21/5 30/7 34/17
**though [2]** 6/8 7/25
**thought [2]** 10/14 37/23
**three [4]** 16/3 18/7 24/25 25/3
**three-member [1]** 16/3
**through [10]** 7/6 11/22 11/25 13/1 13/13 15/25 17/4 17/5 29/22 36/5
**time [11]** 3/3 5/19 5/21 8/7 16/11 17/12 17/15 19/5 19/8 19/10 34/9
**today [1]** 36/23
**told [4]** 17/20 18/11 31/23 36/23
**took [3]** 17/14 17/16 25/7
**top [4]** 25/4 28/2 30/18 30/22
**towards [1]** 5/12
**transcribed [1]** 3/5
**transcript [7]** 3/5 11/21 15/24 17/23 17/24 39/14 40/1

**transcription [1]** 39/12
**triggered [1]** 17/8
**triple [1]** 38/6
**true [3]** 24/13 29/19 39/12
**truth [7]** 6/11 6/18 6/19 6/19 39/10 39/10 39/10
**try [1]** 7/10
**trying [2]** 7/12 38/1
**TV [1]** 8/1
**two [8]** 8/18 25/4 25/5
**type [1]** 32/11

**U**

**under [2]** 6/11 10/9
**undergone [2]** 11/4 14/7
**understand [11]** 6/12 7/16 16/2 17/4 21/21 21/25 23/17 24/3 25/21 32/6 33/18
**understanding [4]** 10/5 10/12 16/5 34/7
**understood [2]** 20/18 22/5
**unhappiness [1]** 32/12
**UNITED [2]** 1/2 40/3
**University [2]** 2/17 8/10 8/12 8/17
**unsound [1]** 19/24
**until [4]** 7/17 19/22 27/4 27/11
**unwilling [1]** 22/16
**unworkable [1]** 28/18
**up [4]** 5/10 12/4 25/1 25/22
**upon [10]** 10/9 12/8 16/24 20/14 22/12 22/25 34/7 34/14 34/15 36/24
**us [7]** 7/21 17/20 18/11 26/5 26/8 28/17 36/23

**V**

**valid [1]** 21/16
**VALLEY [1]** 1/8 2/19 33/20 40/3
**very [2]** 19/12 32/10
**via [3]** 1/13 3/4 39/11
**videoconference [1]** 1/13
**view [1]** 24/20
**violation [1]** 35/1
**vote [1]** 15/4

**W**

**want [5]** 5/12 6/6 7/14 7/14 7/15 7/22 13/3 16/21 37/18
**wanted [2]** 37/8 37/17
**warning [1]** 14/21
**we'll [2]** 7/17 12/22
**we're [3]** 7/12 26/8

## W

**we're... [1]** 28/9
**we've [1]** 35/16
**week [1]** 17/16
**weigh [1]** 19/6
**weighed [3]** 10/5 19/8 19/10
**Weisman [1]** 2/7
**went [3]** 11/22 15/24 29/22
**were [26]** 6/10 6/10 10/14 11/15 11/16 12/5 12/22 13/2 13/16 16/6 16/11 18/4 19/2 20/9 21/5 22/16 23/10 23/25 25/23 27/2 27/25 27/25 28/1 29/24 30/7 35/15
**WESTERN [2]** 1/3 40/4
**what's [5]** 17/22 20/24 21/4 30/16 38/2
**whatever [1]** 38/6
**WHEREOF [1]** 39/17
**WHEREUPON [1]** 38/14
**who [6]** 15/13 15/13 15/13 21/12 21/12 28/1
**who's [2]** 20/2 22/3
**Whoever [1]** 28/4
**whole [2]** 6/19 39/10
**whom [3]** 4/8 6/2 34/19
**why [12]** 12/5 12/5 14/7 19/17 19/20 21/5 22/7 22/8 28/23 33/9 37/1 37/25
**will [11]** 6/9 6/14 6/18 11/19 19/21 27/4 29/25 31/13 33/20 33/22 38/11
**WIT [1]** 39/3
**witness [11]** 3/3 3/5 3/5 5/5 5/21 6/24 39/8 39/9 39/13 39/14 39/17
**witness' [1]** 5/9
**witnesses [2]** 23/24 24/10
**WKU [1]** 9/19
**won't [3]** 7/9 7/9 8/2
**wording [1]** 32/20
**work [2]** 7/17 25/25
**workable [3]** 25/23 28/20 28/23
**worked [1]** 9/17
**WPMC [2]** 4/9 37/15
**WRIGHT [8]** 2/11 2/17 8/10 8/11 8/17 14/11 30/20 31/18
**Wright-Patterson [3]** 14/11 30/20 31/18
**wright.edu [2]** 2/17 2/18
**written [2]** 13/24 14/5
**wrote [1]** 27/21

## Y

**yahoo.com [1]** 1/21
**YAKLIC [2]** 2/11 18/21
**Yankee [1]** 2/20
**years [1]** 8/18
**You'd [1]** 27/19
**you'll [1]** 7/8

## Z

**Zashin [1]** 2/11
**zrlaw.com [1]** 2/14
**Zryd [8]** 12/8 16/4 17/7 18/6 18/8 29/5 29/13 34/13