November 1st, 2018

Dr. Candace Benoit
2945 Ashcroft Drive
Beavercreek, Ohio

## To Whom It May Concern

I am pleased to write in support of my colleague Dr. Jacquelyn Mares.

Having known Dr. Mares for the past 2.5 years through our professional engagements here at the hospital but also our personal one on one relationship. Though I have not worked directly with her as we are in the same year of training, I feel compelled to bring to your attention the fine qualities I have come to appreciate, admire and emulate in her. These qualities include:

- Her sound assessment of challenging clinical scenarios
- Clinically considering alternative diagnoses – she is able to think outside the box which I believe is one of her strongest assets
- Patient care and attention
- The ability to multitask without losing efficiency

Dr. Mares takes great pride in her work and is a competent physician. She deserves to be given the opportunity to complete residency.

Yours sincerely,

Candace Benoit, MD. R4

Wright State University Boonshoft School of Medicine
Department of Obstetrics and Gynecology

EXHIBIT 30

November 4, 2018

To Whom It May Concern,

My name is Anthony Pickrel, and I am currently one of Jacquelyn (Jackie) Mares' fellow PGY-4 co-residents. I have known her for the past 2.5 years since she joined our program as a second-year resident. Given that we are in the same year of residency, I have not had many opportunities to work directly alongside Jackie, but I have worked on opposite services from her and I do know her as an individual outside of work. From my limited experience working in close proximity to Jackie, I can tell she displays genuine interest in her patients. She is not shy to step up and advocate for what's right and necessary for their well-being, often times by coordinating with other services. She also exhibits a level of empathy and understanding that is both respectful toward the patient's autonomy and wishes, and also responsive to their needs. When it comes to managing someone's care, Jackie will often cite the latest article from the Green Journal or a study she recently read demonstrating her constant drive to learn and better herself from a professional standpoint.

Outside of the hospital, Jackie is a kind, compassionate and easy-going individual. She has been exposed to many different cultures through her travels abroad which have undoubtedly contributed to her open-minded views of the world and people in general. To the best of my knowledge, Jackie desires to become a generalist upon completion of residency.

I'm writing this letter in support of Jackie Mares continuing residency with Wright State OBGYN. She has invested a great amount of time and energy thus far, she is in the field she loves, she demonstrates a continued desire to grow as a professional, and she puts her patient's well-being above all else. I strongly believe she deserves the opportunity to complete residency training to become a productive member of the OBGYN profession.

Please feel free to direct additional questions to me.

Very Respectfully,

Anthony M. Pickrel, MD
Capt, USAF, MC
PGY-4, Educational Chief Resident
Department of OBGYN, Wright State University

Maggie Rechel, M.D. R2
Five Rivers Center for Women's Health

To Whom It May Concern:

This letter is in support of Dr. Jacqueline Mares' continued participation in the Obstetrics and Gynecology residency program at Miami Valley Hospital.

As a junior resident I have worked with and under the supervision of Dr. Mares on many occasions, most consistently as a first year on the night rotation in 2017. During that time frame Dr. Mares pushed me to become a better doctor by challenging me to read consistently and be up to date on topics. She took the time, regularly, to review articles with myself and the medical student that was on the rotation at the time. Though Dr. Mares is not effusive with her praise, earning it for hard work and effort at the end of the rotation was well worth it.

More recently, I worked with Dr. Mares on a particularly difficult weekend call where one of our patients received a devastating diagnosis. Though I tried to counsel and empathize and outline a plan of action with our patient I felt that Dr. Mares could assist and do a more thorough job and when I called her she was happy to come. Dr. Mares immediately put the patient at ease and was able to focus the patient on what the next steps in her care were. When I followed up with the same patient a day or so later she had already spoken to Dr. Mares and sounded much more reassured about the next steps.

Though I am not privy to the exact nature of this appeal nor all that has come before I can confidently state that Dr. Mares is a competent and well versed physician that cares deeply about her patients and her fellow residents.

Sincerely,

*Maggie Rechel MD*

Maggie Rechel, M.D.

Keshia Torres-Shafer
25 Woodcliff Blvd
Springboro, OH 45066

November 5, 2018

To Whom It May Concern,

I am writing on behalf of Dr. Jacqueline Mares. I have worked with her on multiple occasions during the last 2 years and have witnessed her being a competent and caring physician. She is a passionate, confident and intelligent provider.

Our residency program has felt the weight of her absence during the last few weeks. Please allow her to finish her residency training. Thank you for your consideration.

Sincerely,

Keshia Torres-Shafer

November 5, 2018

To whom it may concern:

As a recent transfer in to the Wright State University OB/GYN Residency Program, I have only known Dr. Jacquelyn Mares for 6 months. However, in that short time period, I have witnessed many positive traits that make her an excellent physician and chief resident.

Dr. Mares has an extraordinary fund of knowledge and an exceptional ability to teach. I have seen her take the time to sit down and teach medical students about the management of twin pregnancies and about the risks and benefits of TOLAC. When I have worked with Dr. Mares clinically, whenever I have had a question about a complicated patient or situation, she has taken the time to talk through the teaching points and help me to understand the "why" behind a management decision. I have walked away from our conversations about patient care knowing more about the subject and feeling more confident to handle such situations independently in the future.

Dr. Mares is also a strong team leader. I have seen her organize her resident team, appropriately delegate tasks, and give feedback in a constructive manner to younger residents as a chief on OB days. She gives an appropriate amount of autonomy to the younger residents without leaving them feeling unsupported, which is a very difficult balance to achieve.

Time and time again, I have seen her passionately advocate for patient safety, patient care, and overall patient well-being, even when it is difficult to do so. Dr. Mares went over and above to advocate for care for a complicated OB patient with multiple complex medical issues and a comorbid personality disorder. Many other providers did not have the patience or compassion to work with this patient, as she had been dismissed from other practices in the past. Dr. Mares taught me to approach such socially and psychologically complex patient encounters with empathy.

I firmly believe that Dr. Mares is an asset to our residency program. She is a competent, compassionate physician and a strong leader. In my opinion, the strongest recommendation that we as physicians could give to a colleague is to entrust them with the care of ourselves or our loved ones. I would whole-heartedly trust Dr. Mares to do so.

Sincerely,

Morgan Anne Salomon, MD
Resident Physician, PGY-3
Wright State University, Department of OB/GYN



To The Appeal Committee on the Behalf of Dr. Jacqueline Mares,

I have worked under the supervision of Dr. Jacqueline Mares as a lower level resident for the last year. During this time, I have witnessed Dr. Mares grow in both knowledge and professionalism, as well as demonstrate many instances of humility, confidence, compassion, and passion for the field of Obstetrics and Gynecology (OB-GYN).

Upon starting as an intern, my initial impression of Dr. Mares was a person who exhibited many signs of physician burnout. These symptoms were often exacerbated by long days, poor team support, and the daily coincidence that the census increased at the start of all her shifts. During this time, Dr. Mares has become increasingly self-aware of her flaws and has been making daily attempts to correct and improve these flaws, often verbalizing her concerns and asking for feedback. I have observed Dr. Mares receiving corrections from other residents and attendings, to which she responds well and accepts her mistakes. Dr. Mares would spend time kindly correcting my work and improving my knowledge. After catching mistakes, she would bring them to my attention and allow me to recognize and learn from them. She has always provided up to date and evidence-based medicine often quoting new studies and ACOG practice bulletins. Dr. Mares has been one of the best educators among the upper level residents.

Often times Dr. Mares is described as being a "black cloud," referring to the seemly daily coincidence that the service becomes very busy with all of her shifts. On one particular occasion, Dr. Mares was left responsible for multiple services as she covered for her co-residents, allowing them to attend a conference. In the absence of half of the chief residents, many of the services became very busy. Despite being under significant pressure, Dr. Mares remained level-headed, collected and calm, and successfully managed to coordinate care between two separate hospitals, at the same time as manage several emergency situations occurring over a few hours. After this very long day, Dr. Mares decided to stay even longer after her work day to comfort and care for a cancer patient, whom she knew very well. While Dr. Mares has made significant strides in her relationships with other residents and staff, she has always maintained excellent relationships with her patients. She takes the care of her patients very seriously and cares for them as she herself would want to treated. In this example and others, Dr. Mares performs well as a hard-working, reliable and dedicated leader.

Dr. Mares is very passionate about the field of OB-GYN and had planned to continue working in the field. Over the last few months, Dr. Mares has been making improvements to address her flaws and has continued, as always, to provide compassionate and empathetic care towards her patients. Dr. Mares exhibits many of the qualities of an excellent OB-GYN and will likely continue to do so beyond residency, if given the opportunity.

Sincerely,

Zoe Gauthier, R2, WSU OB-GYN Residency

D.O.

Emily C. Kemner
206 Corona Ave
Oakwood, OH 45419

November 4, 2018

To Whom It May Concern,

I am a writing to you on behalf of Dr. Jacqueline Mares. Dr. Mares is a gifted physician and an advocate for her patients and her peers. I have had the pleasure of working with her on many occasions and I am always impressed by her fund of knowledge, her confidence, and her passion for what she does.

Our entire residency program feels the weight of her absence and we miss her as a colleague and as a friend. Please allow her to finish her residency training. Thank you for your consideration.

Sincerely,

*Emily C. Kemner*
Emily C. Kemner

November 1, 2018

To Whom It May Concern:

I am writing this letter on behalf of Dr. Jacquelyn Mares to express my strong support of her continuation in the Wright State University Integrated Obstetrics and Gynecology Residency Program. I have had the pleasure of working with Dr. Mares during my first and second years, and have worked with her on multiple services including Obstetrics, Gynecology and Gynecologic Oncology. Dr. Mares quickly became someone I looked up to for her depth and breadth of clinical knowledge, her commitment self-directed learning, and her compassionate and direct communication with patients.

I was immediately impressed with Dr. Mares' clinical knowledge, and her ability to share that knowledge with others. On the Gynecology service, we had an in-depth discussion regarding the evaluation and management of adnexal masses, and Dr. Mares talked me through key parts of the patient evaluation, notable features on imaging, differential diagnosis, and potential management options. This discussion, and many similar ones have helped me become a more competent and confident resident. I have seen Dr. Mares take these same topics and review them with medical students at a level appropriate for where they are at in their education. While on the Gyn Oncology service, Dr. Mares took time on multiple occasions to talk through Practice Bulletins with medical students, helping them work through what can be complex and sometimes convoluted information.

Not only was Dr. Mares generous in sharing her knowledge with others, she strove to continually advance her own knowledge fund. When confronted with a new or complex clinical scenario, Dr. Mares would make time to read about the situation in multiple resources, including doing a literature review to better understand where management recommendations are coming from. During my first year rotation on the Obstetrics service, Dr. Mares would make time after deliveries to sit down and "debrief", talking through what went well and what could be done differently next time. Not only was this immensely valuable for my growth and learning, Dr. Mares also asked how she can improve as the upper level guiding me through procedures and deliveries. Working on the Gyn Oncology service together, a subspecialty less familiar to both of us, Dr. Mares and I would spend time each day reading about our patients' diagnoses, management guidelines, and discussing the medical and social complexities of caring for cancer patients. She continually encouraged me to dig deeper and questions things, to understand not just what should be done for our patients but why it should or could be done.

Additionally, I have seen Dr. Mares apply her fund of knowledge to counseling patients, using appropriate levels of detail and avoiding medical jargon to ensure her patients were truly able to participate in medical decision making. Her frank and direct communication style is balanced with empathy and compassion. I have learned a great deal about how to broach difficult topics or phrase things in a way that will be better understood by patients and their families through observing Dr. Mares as she counseled patients on a wide range of issues from consent for a planned procedure to management of a ruptured ectopic requiring urgent surgical intervention.

I have no doubt that Dr. Mares will continue to make significant and meaningful contributions to the field of medicine, and to prevent her from doing so would disadvantage us all.

Thank you for your time and attention.
Sincerely,
Elena Fuell Wysong, MD

To Whom It May Concern,

I am writing this letter in regards to Dr. Jacqueline Mares. I have known Dr. Mares for over 2 years now and I have had the pleasure of working alongside her on many occasions during this time. She is a compassionate, understanding and hard-working individual. She is also authentic, honest, and kind. She is an outstanding physician, someone I would entrust with my own care. She has the ability to build rapport with her patients, especially patients whom other physicians struggle to connect with.

I am unaware events leading up to her leave of absence, but I am aware of her behavior prior to that. In the past several months, I have witnessed Dr. Mares make many strides at work. She is a vital member of the team, taking charge in situations when others are not sure what to do. She has learned to effectively communicate with all members of the team, including colleagues, consulting physicians and support staff.

Dr. Jacqueline Mares is a phenomenal doctor, colleague and friend. I have no doubt that she will make an excellent Obstetrician and Gynecologist if she is given the opportunity. She will have a positive impact on many women's lives. I hope you feel the same way and allow her the opportunity to finish this journey.

*[signature]*, MD
Trisha Tomkins, MD, CAPT, USAF
Wright State University, PGY-3
(231)675-6622

Bethany Charron
6648 Charlesgate Rd
Dayton, OH
45424


To whom it may concern,

I am writing this letter of attestation on behalf of Jacqueline Mares in the strong support for her to remain an integral part of the Wright State University OB/GYN Residency Program. Over the last 1.5 years, I have had the pleasure to work with Dr. Mares on extensive occasion. She was my superior third year resident during my gynecology rotation, as well as numerous weekend call shifts. As we both progressed to the next year of our education, she became my chief on my Gynecologic Oncology rotation, where the two of us worked in sync to manage the robust service that we acquired.

Throughout these rotations and call shifts, primarily last year, Jackie Mares became my absolute favorite third year to work under as an intern. So much so, that when asked by my second year colleagues at the end of the year what the characteristics of a good third year resident were, and how they could be the best third year, I immediately referenced all of Jackie's teaching qualities and often spoke specifically about Jackie. She has a very direct, though hands-off, approach to managing lower level residents. She will do everything in her power to ensure that things are being done safely and the patient is being managed appropriately. However, she also will allow you to manage your patients largely on your own without the constant, nagging phone calls every 2 minutes dictating exactly what they want to be done, like many of her colleagues. In writing this, I understand that this may come off as laziness or apathy, however I had previously discussed this with her and told her my appreciation of this teaching style. In response she stated, "Don't think I'm not stalking the charts and know exactly what you're doing at all times. But I also know that it is often better to learn by actually being able to do things on your own and making your own mistakes, rather than for me to tell you every little thing that you should be doing." And I do personally agree with that statement.

Additionally, Jackie took the time to de-brief after every case and every delivery, no matter how simple or how routine. She would always be waiting for me outside of the room to discuss what went well and what could have been better. We would often times walk through the whole labor course of the patient, with her instructing me what could have been done differently and teaching about different methods/techniques, which in my opinion was an exceptional educational experience. As far as I have witnessed, she is the only one in her class to do this, which really stuck out to me.

Additionally, I have personally witnessed many patient encounters with Dr. Mares, both in triage, on Labor and Delivery, in the gynecology setting as well as oncology patients, and I have to say, I have seen very few other residents, or even attending physicians, care about their patients as much as Jackie does. I will play Devil's advocate and say that I did not expect that of Jackie, and if you have not seen her in action, I can imagine you would be thinking the same. I, like many of

Jackie's colleagues, have experienced the cold, hard side of Jackie. However, I have also experienced the very compassionate, patient-centered, considerate side of Jackie, and know that she does have the qualities to be an exceptional physician.

I could reference several examples, however there is one encounter that specifically comes to mind. Jackie and I were walking to the Main Hospital to get lunch, and we couldn't make it 500 feet without being stopped by three separate patients that Jackie had taken care of. Each patient stopped, acknowledged her and spoke very highly about her during the encounter. She knew exactly who each one was, their pregnancy complications and even their baby's names, going to show the strong relationships that Jackie has made with her patients.

I am not going to be ignorant to the fact that Dr. Mares has a few personality traits that could use adjustment. But in my personal opinion, her work ethic, knowledge base, dedication to patient care, as well as to the education of her lower level residents, are what have made her a great colleague and resident to work with, and one that I am proud to call my chief. Both myself personally, as well as the entire program, have felt the impact of Jackie's absence, both in numbers, as well as in quality of our program. In concluding, I strongly urge the reconsideration of Dr. Mares' termination and truly hope that all aspects of the situation will be reviewed.

Please don't hesitate to contact me with any further questions.

Sincerely,

*[signature]* DO

Bethany Charron, DO, Capt, USAF
Wright State University, PGY-2
603-867-8853

## Letter - Complete

**MD** Michelle Durrant <mishyd90@gmail.com>  Reply |
Today, 10:50 AM
Glover, Melanie M

Inbox

To Whom It May Concern:

I am writing this letter in reference to my colleague and friend, Dr. Jacquelyn Mares. I hope this letter in part conveys my experience working with her during residency from 6/2016 - 10/2018.

To start, I first met Jacquelyn (Jackie) Mares during the start of my Orientation Week as a new Intern. I knew that she had come in with previous experiences from a different program for her first year of residency. She easily transitioned and became a member of our team, despite starting with one of the most difficult years as a PGY-2. Her easygoing personality and quick wit persisted despite challenges faced with growing responsibilities as a resident.

I worked directly with Jackie during my GYN rotations as a PGY-1 and a PGY-2. During my Intern year, I learned the analogy of "trying to drink water from a fire hose." As I fought to keep my head above the water with adjusting to life as a resident, I knew I had someone else who was going through the trials and tribulations with me. I learned from Jackie that despite how much you felt like you were falling behind, you need to keep your head up and believe in yourself. Always appear confident. Listen to your instincts.

Moving on to GYN as a 2nd year, I will admit that it was difficult: finding the time to balance studying, managing a beta board list (high risk pregnancies), preparing for upcoming surgeries, managing a full clinic, and honing my skills as a surgeon. Most days, there seemed to never be enough time to finish my entire To Do list, let alone eat, drink, and sleep. In the rare instance of downtime, even 5 minutes, Jackie was willing to listen to my frustrations, offer unbiased advice, review Prolog practice questions with me, or even provide stress relief by challenging me to a game of Ping Pong in the Resident Lounge.

As Jackie continued her third year, no one could deny that she had the most experience with vaginal deliveries (having had a large influx of patients during her first year). She was an asset given her background and I know that was transparent in the teaching of the new Intern class.

I feel that the largest obstacle Jackie has had to face was during her Chief year. Being short one person in the chief class has placed a significant amount of stress on ALL of the Chief residents. I am continually impressed with the hard work exhibited by my fellow co-residents. In

particular, though, was when Jackie had to step up and create a working schedule for the remaining residents during this year's Air Force District Meeting. With the three military Chief residents going to a week long conference, the Chief class now consisted of 2 residents. Jackie exhibited true leadership skills when she was able to create a schedule so that the OB, GYN, GYN/ONC services/surgeries were covered at Miami Valley Hospital. I can vividly recall one day in particular in which an add on case requiring resident coverage at Kettering was scheduled. Somehow, Jackie was able to arrange resident coverage for this case and arrange backup coverage for morning and afternoon clinics. All the while, she was able to additionally assist in two Cesarean sections, 3 Code Greens (Obstetric Emergencies), and manage a busy Labor & Delivery unit.

Jackie has remained my trusted friend, both at work and outside of work. I know I am not privy to the full situation surrounding her suspension, however I hope that this letter can provide some insight into the woman, colleague, friend, and doctor I have had the honor and privilege working with.

Sincerely,

Michelle Durrant, MD, PGY-3
Wright State OB/GYN Residency
Boonshoft School of Medicine

November 4, 2018

To Whom It May Concern,

I am writing this letter on behalf of Jacquelyn Mares.

I have known Jackie since July of 2016 when she transferred to Wright State at the start of her 2nd year of residency. I was in my 3rd year of residency at that time and had the privilege of getting to know Jackie on both a professional and personal level. When Jackie first joined our program, she was greeted with skepticism and caution, as her experiences in her first year of training were unknown. However, it did not take long for me, as well as many of her co-residents, to recognize that Jackie came to our program with a vast amount of medical knowledge. As an upper level resident, I found myself learning from Jackie almost daily, as she was able to quote the latest studies and apply their findings to the management of complex patients.

Jackie continued to progress in her abilities to care for her patients, and throughout her second year, she developed the leadership skills necessary to guide the incoming interns. By her third year, she had become a resident I hoped to be on call with, as I knew she could be trusted to always act in the best interest of her patients and know when to ask for help if needed.

Working with Jackie as an upper-level resident also allowed me to witness her relationship with her patients. As residents, we work more with one-another than with any attending, nurse, or student, and we are able to see which residents form trusting relationships with their patients. Jackie is a resident whose patients love and trust her. Jackie may be blunt and straightforward. She may not sugarcoat feedback. But, she will stand up for her patients, and she will do what is right by them. I believe her patients know this, which is why they are confident in her care and make evident their trust in her as their provider.

The ACGME competency for professionalism states the following for "Level 4", which is where many are or will be at by the time of graduation: Consistently models compassion, integrity, and respect for others. Coaches others to improve compassion, integrity and respect for patients." As someone who has worked with Jackie a great deal over the past two years of her residency training, I find her to be someone who consistently shows compassion and respect for those around her. Consistently, does not mean always. Everyone is subject to moments of weakness, but from my experience, Jackie's moments occur when she is passionately standing up for a patient or when making decisions regarding patient care. Jackie respects her patients, and she respects those helping to care for her patients, including co-residents, attendings, and nursing staff, and from my experience, she encourages those learning from her to do the same.

I believe Jackie is an intelligent, trustworthy, and dedicated physician. I believe she is someone who is meant to be practicing medicine and caring for OB/GYN patients on a daily basis. I would trust Jackie to deliver my own baby and care for me in my pregnancy, and it saddens me to think those who do currently have that opportunity may have it taken away from them. I hope for open minds and understanding, as that is what I believe Jackie Mares deserves.

Thank you,
Kara Griffiths

Tanya Glenn, MD
434 East 1st St
Unit 332
Dayton, OH 45402
Tanya.sylvester@wright.edu

2 November 2018

To Whom It May Concern,

I have had the pleasure of knowing Dr Jacqueline Mares since she joined our program, and my class, in 2016. I was immediately struck by her engaging personality and ability to put others at ease. She is a wonderful listener, compassionate friend and physician, and genuine person.

As a member of Dr Mares' class, the only time I was able to work with her on the same rotation was during our second year while at Wright Patterson Air Force Base. During this time, she was someone I could always count on, a sounding board to run through difficult patients with, and an individual I looked up to for her immense knowledge. She always had the ability to continue to read literature outside of Obstetrics & Gynecology in order to further her ability to take care of the more complex patients.

As we have progressed through residency together, she continues to inspire me to be a better physician. Her compassion for patients is unparalleled, and she thrives on taking care of the most medically and socially difficult patients. Dr Mares would even contact me during her time away from work, including while on vacation, to ensure patients that she had taken care of were doing well. There are few physicians with this type of dedication.

Members of the same class in residency often work opposite of each other, and this displays her ability to be an excellent team member. Dr Mares ensures that whenever she hands the service over to the oncoming team, the patients have had a thorough work up and all tasks have been completed to the best of her ability. She is also gracious in accepting when things cannot be accomplished and is always willing to pick up the slack for her co-residents. When more than half of our class had to be away for a meeting, and she was the sole chief during the day, she had the ability and knowledge to run three services at once- a job that should be covered by three separate chiefs. It always appears the more chaotic the situation, the more Dr Mares is able to shine and keep everything under control.

Outside of work, Dr Mares continues to be a good teammate, and has often taken many of the younger residents under her wing. She has gotten together with most of the under classman at various points during residency to ensure their ongoing mental health and has been instrumental in my own struggles through depression.

Dr Jacqueline Mares has been an asset to the success of this Obstetrics & Gynecology residency, and her absence has had a negative impact to this program.

Sincerely,

Tanya Glenn, MD
USAF, Capt, MC